3:22-CV-00501

FILED
CHARLOTTE, NC

SEP 27 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Electronic Case Opening

All civil cases filed in the Western District of North Carolina are assigned to an Article III
U.S. District Judge upon the initial filing. You will receive an electronic notice of the
judge assignment.

Attached to this notice you will find the following forms:

- Joint Stipulation of Consent to the Exercise of Jurisdiction by a U.S. Magistrate
  Judge

- Disclosure of Corporate Affiliations and Other Entities with a Direct Financial
  Interest in Ligitation

- Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan

Counsel/Parties may consent to the jurisdiction of a U.S. Magistrate Judge by filing a
**Joint Consent to the Exercise of Jurisdiction by a United States Magistrate Judge**.
Counsel/Parties may consent to magistrate judge jurisdiction any time after service of
the contents of this packet on the parties and are now **REQUIRED** to discuss the issue
of consent to the jurisdiction of a magistrate judge at the Rule 26 (Initial Attorney's
Conference) and if consent of **ALL** parties is granted, file a **JOINT STIPULATION OF
CONSENT**. These forms are included in this packet.

The Plaintiff is required to serve this Notice and the attached forms on all defendants
with service of the complaint. In removal actions, the removing party shall be
responsible for the service of this Notice and the attached forms.

The Local Rules and Court Forms are available on the Court's website
at www. ncwd.uscourts.gov

9-27 — 22

The Local Rules and Court Forms are available on the Court's website at
www.ncwd.uscourts.gov.

# Judicial Council of the Fourth Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The Rules for Judicial-Conduct and Judicial-Disability Proceedings, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' Web sites, including www.ca4.uscourts.gov, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. If filing by email, your complaint and any attachments must be in PDF format. Please email to 4CCA-JudicialComplaints@ca4.uscourts.gov.

In the alternative you can mail it to Clerk, United States Court of Appeals, 1100 East Main Street, Suite 501, Richmond, VA 23219-3517. **Do not put the name of any judge on the envelope.** Only the original is required to be filed if mailed.

1. Name of Complainant: Mark Bliss

   Contact Address: po 299

   City, State, Zip: Peachland nc 28133

   Email address: mbliss@lcmbuilders.com

   Daytime telephone: ( 704 ) 560 4374

2. Name(s) of Judge(s): Chevon wallace

   Court: District

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

   [✔] Yes        [ ] No

   If "yes," give the following information about each lawsuit:

   Court: District Court Division Wadesboro NC (co of Anson)

   Case Number: 20 CVD/also an emergency pshyc eval

   Docket number of any appeals to the Fourth Circuit: Refused

   Are (were) you a party or lawyer in the lawsuit?

   [✔] Party        [ ] Lawyer        [ ] Neither

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 2 of 115

If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

I will att. a copy of the unlawful order of mutual dist.

also corrected version in red

an unlawful pshyc eval, in wich she is liable for LD's of 5K

4. **Brief Statement of Facts**. Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

(Signature)_____ (Date)_____9/21/22_____

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 3 of 115

STATE OF NORTH CAROLINA
COUNTY OF ANSON

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
20 CVD ___

LYNN MOORE,
        PLAINTIFF

vs.

MARK BLISS,
        DEFENDANT

)
)
)
)
)
)
)

**ORDER OF EQUITABLE
DISTRIBUTION**

THIS CAUSE came on for hearing before the Honorable Chevonne Wallace, District Court Judge, on the plaintiff's Complaint for an equitable distribution of property; and it appearing to the court that at the time this case came on for hearing that the plaintiff was present in court and represented by Whitney T. Scarborough, attorney and the defendant was present in court appearing *pro se* and the Court, having reviewed and considered the court file, the Equitable Distribution Inventory Affidavits filed by each party, and after hearing the evidence offered, by the greater weight of the evidence, makes the following:

### FINDINGS OF FACT

1. The plaintiff is a resident of Gaston County, North Carolina.

2. The defendant is a resident of Anson County, North Carolina.

3. The plaintiff and defendant were married on or about July 7, 1989, in Lancaster County, South Carolina.

4. The plaintiff and defendant separated on February 26th, 2020.

5. No children have been born of the marriage.

6. The parties have acquired certain property as a result of their earnings and income during the marriage that constitutes their "marital property," as that term is defined in N.C. Gen. Stat. §50-20(b)(1). The parties brought various items of property into their marriage and have inherited certain property during their marriage that constitutes their respective "separate property" as that term is defined in N.C. Gen. Stat. §50-20(b)(2). The parties have also received the benefits of certain "divisible" property since the date of their separation as that term is defined in N.C. Gen. Stat. §50-20(b)(4).

7. The Court has considered the Equitable Distribution Inventory Affidavits of the parties, has heard the testimony from the parties and their witnesses, and the Court has identified, classified, and valued the properties that are listed below.

8. Real Property

    a. Lot 2, East Passaic Street is marital property. It has a value of 15,000 dollars and was on an interim basis awarded to the wife. The court grants Lot 2,

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 4 of 115

c. That the Deed of Trust on Holly Street in favor of Husband and Wife shall be the sole and separate property of Husband and has a value of approximately $14,320.00.

12. Marital Debt

   a. That since the date of separation, the wife has paid $24,309.83 towards the marital home and the mortgage. That this directly reduced marital debt.

   b. That the marital home has multiple mortgages (totaling approximately $325,000.00) and they are all marital in nature and are to be satisfied in full out of the proceeds of the sale of the marital home and timber parcels on Hasty Road.

   c. The past due property taxes on lots 2,3,4 on Passasic Street are marital in nature and each total $2,004.34 and are distributed to wife and have been paid by wife.

   d. The past due property taxes on 118 School Street are marital and total $3,465.76 and are to be paid out of the sale of that property.

   e. The past due property taxes on the Hasty Road 48 acre tract is $2,500.00 and the debt is marital and will be paid out of the sale of that property.

   f. The past due property taxes on the Hasty Road 18 acre tract is $1,640.13 and it is marital in nature and will be paid out of the sale of that property.

   g. The past due property taxes on 2525 Upper White Store Road are $3,059.40 and this debt is marital and is distributed to wife.

   h. The American Express debt was $4225.00 at date of separation and this is distributed to wife and it is marital debt.

   i. The ABC judgment of $5,017.40 is marital debt and it is distributed to wife.

   j. The Carolina Hardware debt is valued at $1,600.00 at date of separation and is marital debt and is distributed to the husband.

   k. Any and all debts outstanding from LCM Builders, Inc. from prior to date of separation are marital and shall become the separate debt of the Husband.

13. The First National checking account was valued at $450.00 at date of separation, is marital and is wife's separate property.

14. The First Citizens checking account was valued at $50.00 at date of separation and is marital and is wife's separate property.

15. That LCM Builders, Inc. is marital property and is valued at $100.00 and shall be the sole and separate property of the Husband.

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 5 of 115

16. Vehicles and Other Tangible Personal Property:

| Item | Classified | DOS Value | Party Receiving |
|---|---|---|---|
| 1999 Ford | Marital | 1000.00 | Husband |
| 2001 Ford | Marital | 1000.00 | Husband |
| 1996 Dully | Marital | 5000.00 | Husband |
| 2001 Ford E350 | Marital | 4500.00 | Husband |
| 1998 Dodge 3500 | Marital | 9,000.00 | Husband |
| 1994 Dump Truck | Marital | 10000.00 | Husband |
| 2002 Buick | Separate (W) | | Wife |
| 2005 Mazda | Marital | 1500.00 | Husband (destroyed now) |
| Household furnishings | Marital | 7500.00 | Husband |
| Office furnishings | Marital | 5,000.00 | Husband |
| Antique Furnishings | M/S | 2500.00 | Wife |
| Handguns (2 wife has) | Marital | 500.00 | Wife |
| Remaining firearms | Marital | 5000.00 | Husband |
| Tractor and Implements (from H's father) | Separate (H) | | Husband |
| Tractor and Implements (not from H's father) | Marital | 15000.00 | Husband |
| Forklift | Marital | 3500.00 | Husband |
| Backhoe | Marital | 3500.00 | Husband |
| Zero Turn Mower | Marital | 500.00 | Husband |
| Two riding mowers | Marital | 500.00 | Husband |
| All construction equipment (including hand tools and other motorized equipment) | Marital | 25000.00 | Husband |

17. As to all vehicles and properties that are awarded to husband, upon presentation of the title or a properly prepared deed by the Husband, the wife shall, within seven days of presentation, execute the necessary document to transfer ownership to the husband. Parties will make sure that these is completed within sixty days of the entry of this order.

18. As to all vehicles and properties that are awarded to wife (including those parcels that the wife is ordered to sale), upon presentation of the title or a properly prepared deed by the Wife, the husband shall, within seven days of presentation, execute the necessary document to transfer ownership to the wife. Parties will make sure that these is completed within sixty days of the entry of this order.

19. The Court has considered all of the evidence offered by the parties relating to the statutory factors set forth in N.C. Gen. Stat. §50-20(c), and the Court finds that an unequal division of the marital and divisible property is equitable, reasonable, and fair to the parties in this case based upon the following factors: how often wife has had to attend court, how active husband has been in the court proceeds, how many additional steps wife has had to take to get to this point, including but not limited to, coming back to court multiple times to sell property in order to pay the mortgage to keep the marital residence from being foreclosed upon.

STATE OF NORTH CAROLINA
COUNTY OF ANSON

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
20 CVD 552___

LYNN MOORE,
　　　　PLAINTIFF

vs.

MARK BLISS,
　　　　DEFENDANT

<span style="color:red">Notice unstamped/signed/numbered therefore invalid due to notice of appeal to be lawfully rendered by9/15/22</span>

**ORDER OF EQUITABLE DISTRIBUTION**

)
)
)
)
)
)
)
)

THIS CAUSE came on for hearing before the Honorable Chevonne Wallace, District Court Judge, on the plaintiff's Complaint for an equitable distribution of property; and it appearing to the court that at the time this case came on for hearing that the plaintiff was present in court and represented by Whitney T. Scarborough, attorney and the defendant was present in court appearing *pro se* and the Court, having reviewed and considered the court file, the Equitable Distribution Inventory Affidavits filed by each party, and after hearing the evidence offered, by the greater weight of the evidence, makes the following:

**FINDINGS OF FACT**

The plaintiff is a resident of Gaston County, North Carolina.

The defendant is a resident of Anson County, North Carolina.

The plaintiff and defendant were married on or about July 7, 1989, in Chester County, South Carolina.
<span style="color:red">Actually married in private ceremony in Monroe NC on 6/6/1985</span>
The plaintiff and defendant separated on February 26th, 2020.

No children have been born of the marriage.

The parties have acquired certain property<span style="color:red">No the trust has</span> as a result of their earnings and income during the marriage that constitutes their "marital property,"<span style="color:red">No</span>

<span style="color:red">Again some properties yet to be ascertained yet those agreed upon and some released for ease rather than legality</span> as that term is defined in N.C. Gen. Stat. §50-20(b)(1). The parties brought various items of property into their marriage<span style="color:red">(doubtless)</span> and have inherited certain property during their marriage that constitutes their respective "separate property"<span style="color:red">(Again redundant)</span> as that term is defined in N.C. Gen. Stat. §50-20(b)(2). The parties have also received the benefits of certain "divisible" property since the date of their separation as that term is defined in N.C. Gen. Stat. §50-20(b)(4).<span style="color:red">Not even close, pls. see earlier registered court docs</span>

The Court has considered the Equitable Distribution Inventory Affidavits of the parties.<span style="color:red">No the plaintiff was incarcerated for his 1rst amendment redress of the court</span>

Moore v. Bliss.Page 1 of 9

and by offending her judgeship with the 44 pge USSC rulings showing the county to be liable for damages(not allowing evictions)While the continued taxation for and owing the trust an additional 60k pls. see transcripts has heard the testimony from the parties and their witnesses, and the Court has identified, classified, and valued the properties that are listed below. No the court is attempting sleight of hand and throwing all against the wall to see indeed what "sticks"

Real Property All,   below is in a trust as invoked in open court.
See transcripts...............

a. Lot 2, East Passaic Street is marital property. It has a value of 15,000 dollars and was on an interim basis awarded to the wife. The court grants Lot 2, Passaic Street to the wife as her sole and separate property and it has a value of $15,000.

b. Lot 3, East Passaic Street is marital property. It has a value of 15,000 dollars and was on an interim basis awarded to the wife. The court grants Lot 3, Passaic Street to the wife as her sole and separate property and it has a value of $15,000.

c. Lot 3, East Passaic Street is marital property. It has a value of 15,000 dollars and was on an interim basis awarded to the wife. The court grants Lot 3, Passaic Street to the wife as her sole and separate property and it has a value of $15,000.

d. 118 School Street, Polkton (PIN: 64450519261800), is valued at $7,000 dollars and it is marital property and the Court orders that property will be sold. Since has been burned down and partially demolished unlawfully by a neighbor to place his trailer on without contact,  now a lot which at best valuation of $3,500

e. That the property at 822 Hasty Road (the marital home) is martial(You can call it anything you like yet it is was and will continue to be held in trust (trust property)bought and paid for with trust monies) built with my my own hands and my monies(pls.see reg court docs in relation to my previous minor child marriage and.minor child settlement, (Sealed) My wife know that which I tell her. property and its value is $425,000 and the Court orders that it is to be sold.

f. The eighteen acres on Hasty Road (PIN: 6414-00-73-3378), otherwise referred to as part of the tree farm, the court finds that based on the tax value, the value of the parcel is $53,600 and it is marital and orders that parcel to be sold.

g. The 48 acres on Hasty Road (PIN: 6414-00-74-2284), the court finds the value $144,000 and that it is marital and orders that parcel sold.

h. That the 242 Friendly Lane (PIN: 64800091268400) property is marital, has a value of $9,100.00 and the court Orders the property to be sold.

Since stolen and sold without any notification by law (BTW) where are the proceeds of the unlawful sale?)

i. That the property at 2525 Upper White Store also known as the Upper White Store property is under an installment land sales contract. That Court finds that the value of this property is $30,000 and the Court awards this property to wife. Again trust property held by Land installment contract by the new owners is the only correct statement made….. and furthermore the pay off on the note if following the amortization was in excess of $63,000, and I will not have the trust or….defrauded of its actual value , also there is no principal prepayment penalty, allowing: early pay off without penalty,  Also the judge has made herself party to the federal 1983 lawsuit deprivation of civil rights by allowing my wife's attorney to state as fact pure what is actually pure conjecture contraindicated in open court for the record.

j. It appears now she (the plaintiff's attorney Whitney T. Scarborough).has sent notice of judgment prematurely as well as unlawfully prior to the time of my notice of appeal deadline, in attempts to cause monetary hardship to both the trust and occupants(now wishing to withhold there payments putting them in breach and open to eviction

k. You see the way this works lawfully is upon appeal the trust if found liable will issue payment to the party aggrieved.

l. The 30 acre tract on Hasty Road is separate property Inherited after her abandonment of husband and therefore is the husband's separate property.

m. That the property at 1171 George Taylor Road in Union County is separate property of the Husband and will remain the Husband's property. Again inherited after…

n. That the real property at 830 Baucom Deese Road in Union County was foreclosed upon for failure to pay property taxes Due to non service by the ASCSD count 57 in my Federal 1983 Civil Rights Deprivation Suit.(of which I still await my multiple FOIA's(to include the 4 warrantless raids)

o. as well as names and badge #'s,  All dispelled legally (witnessed and on camera) all germain to this case

p. That this property was Not marital but trust regardless of registry and the surplus funds being held by Union County Clerk of Court are NOT marital in nature Actually I am told by our son he still has not been paid. That the court unlawfully attempts to award the entirety of the funds being held by Union County Clerk of Court, 20CVD2368, to the wife as her separate property. These funds are estimated to be $12,050.89.
Except all is under appeal

All below is conjecture to be settled as demanded BY JURY TRIAL
All dates are tentative and await appeal
..............................................................................................

Terms for Sale of Properties Ordered to be Sold

a. Pursuant to the preceding paragraph, five certain marital properties are to be sold.

b. Within _____ of the entry of this order, the Husband shall sign deeds conveying his interest in these five properties to the wife. Husband's noncompliance with this provision will require the wife to motion the order for judicial deeds.

c. That on or before…………..the husband shall vacate the five properties wife is ordered to take possession of for sale and this includes vacating the premises of the marital home at 822 Hasty Road and the contiguous parcels of land.

d. Immediately at sale, property taxes, mortgages and all debts relating to that property shall be satisfied and paid in full.

e. The net proceeds of each sale shall be divided based upon an uneven distribution with the wife receiving 75% of all sale proceeds and the husband receiving 25% of all sale proceeds.
*All. can you find something, (anything) less legally circumspect that the below Statement?

f. The Wife is solely responsible for sale of each property and wife has total control over the sale process.

………………………………………………………………………………

g. *The Wife is ordered to, within sixty (60) days of the entry of this order, placing all tracts required to be sold on the real estate market.
*I am afraid that I will be forced to adjudicate against the plaintiffs attorney for misrepresentation to the point of fraud, judge pls adv.
She is actually charging my wife for her….humm….services

x. Both parties are to comply with any and all sales of real property and the exchanging of deeds and titles. Presumptuous to say the least.

y.

z. Articulations of ruling yet to be substantiated is a form of tyranny under the color of law and therefore falls under USC 241 and your disbarment will become the least of your issues!....to pose and misrepresent facts to the uninitiated in the case of law is criminal malfeasance.
I will be attaching a bibliography of my legal complaints on your earlier tirade
That thank God that judge wallace actually signed what was obviously an attempt at placation of the gentry

aa. Husband shall inform wife by October 1st, 2022 as to how he wishes to receive his portion of the proceeds of the sale.

The Swiss Mountain timeshare Unit 20 is not marital and has zero value and is therefore not distributed. Is owned by the orchard street community center in polkton nc 28135 Attorney in fact and primary agent upon request.

• one (even a judge may not legislate from the bench)how many proofs of bias must I provide?

Marital Income Since Date of Separation

You will have to ask our CPA for both corporate and trust filings and status?

bb. That since the date of separation, the husband has received income from 2525 Upper White Store Road in the amount of $18,500. This was marital income and is assigned to husband as his separate property

Above "corporate/trust" holdings are available with a warrant for all legal entities protected with 4th amendment right to privacy.

Please request itemization, paint, plumbing, roofing maintenance and devaluation

Pls. advise

cc. That since the date of separation, the husband(trust)pure conjecture has received income from the deed of trust securing the Holly Street property Was purchased by the corporation (LCM Builders Inc.Then privately transferred to the trust) in the amount of $10,092.00. This was Not marital income and nor to be assigned to husband as his separate property

Above "corporate/trust" holdings are available with a warrant for all legal entities protected with 4th amendment right to privacy.

Please request itemization, paint, plumbing, roofing maintenance and devaluation

Pls. advise

dd. That the Deed of Trust on Holly Street in favor of Husband and Wife shall be the sole and separate property of Husband and has a value of approximately $14,320.00.

Above "corporate/trust" holdings are available with a warrant for all legal entities protected with 4th amendment right to privacy.

Please request itemization, paint, plumbing, roofing maintenance and devaluation

Pls. advise

Marital Debt

ee. That since the date of separation, the wife has paid $24,309.83 towards the marital home and the mortgage. That this directly reduced marital debt.

Unjustly, there is no mortgage,and no debt

I have on court record had the frivolas and

without merit suits thrown out 8 times, without the county holding them in prejudice,. allowing them to continue to sharpen their unlawful argument, upon the 9th attempt some how my wife took me off the note (she has had me drugged for 20years)

At the behest of Dr. Bruce Soluman Past head of Duke Medical Neuroscience

Who asked her "where did you find a doctor to prescribe…? 4 months at the outside

ff. Not 18years

gg. That the marital home has multiple mortgages (totaling approximately $325,000.00) and they are all marital in nature and are to be satisfied in full out of the proceeds of the sale of the marital home and timber parcels on Hasty Road.

Not to my knowledge, I went down to" Greg Eudy" county register of deeds

*checking on what my wife may have done, 15 min. to..5 and tried to check and update trust holdings, he proceeded to attempt to have me tresspassed from public, without te*

hh. The past due property taxes on lots 2,3,4 on Passasic Street are marital in nature and each total $2,004.34 and are distributed to wife and have been paid by wife. *All properties are trust properties (regardless of registry as an attorney you should be aware of this)*

ii. The past due property taxes on 118 School Street are marital and total $3,465.76 and are to be paid out of the sale of that property.

jj. The past due property taxes on the Hasty Road 48 acre tract is $2,500.00 and the debt is marital and will be paid out of the sale of that property.

kk. The past due property taxes on the Hasty Road 18 acre tract is $1,640.13 and it is marital in nature and will be paid out of the sale of that property.

ll. The past due property taxes on 2525 Upper White Store Road are $3,059.40 and this debt is marital and is distributed to wife.

mm. The American Express debt was $4225.00 at date of separation and this is distributed to wife and it is marital debt.

nn. The ABC judgment of $5,017.40 is marital debt and it is distributed to wife. *oo. It was an unlawful judgment and I will not allow it to be paid by my wife*

pp. The Carolina Hardware debt is valued at $1,600.00 at date of separation and is marital debt and is distributed to the husband. *And as all things the account has continued*

qq. Any and all debts outstanding from LCM Builders, Inc. from prior to date of separation are marital and shall become the separate debt of the Husband. *rr. There were none, if anything is in contention I will be happy to see them in cout.*

The First National checking account was valued at $450.00 at date of separation, is marital and is wife's separate property.

The First Citizens checking account was valued at $50.00 at date of separation and is marital and is wife's separate property.

That LCM Builders, Inc. is marital property and is valued at $100.00 and shall be the sole and separate property of the Husband.

This is entirely out of date and ALL properties were held in trust, some of which have been broken out by majority vote and both given and delivered by lift truck, cargo van and personal vehicles , including movers provided by myself (5-6), multiple trips 4 counties away to a climate controlled storage facility.

Vehicles and Other Tangible Personal Property:

| Item | Classified | DOS Value | Party Receiving |
|---|---|---|---|
| 1999 Ford | Marital | 1000.00 | Husband |
| 2001 Ford | Marital | 1000.00 | Husband |
| 1996 Dully | Marital | 5000.00 | Husband |
| 2001 Ford E350 | Marital | 4500.00 | Husband |
| 1998 Dodge 3500 | Marital | 9,000.00 | Husband |
| 1994 Dump Truck | Marital | 10000.00 | Husband |
| 2002 Buick | Separate (W) | | Wife |
| 2005 Mazda | Marital | 1500.00 | Husband (destroyed now) |
| Household furnishings | Marital | 7500.00 | Husband |
| Office furnishings | Marital | 5,000.00 | Husband |
| Antique Furnishings | M/S | 2500.00 | Wife |
| Handguns (2 wife has) | Marital | 500.00 | Wife |
| Remaining firearms | Marital | 5000.00 | Husband |
| Tractor and Implements (from H's father) | Separate (H) | | Husband |
| Tractor and Implements (not from H's father) | Marital | 15000.00 | Husband |
| Forklift | Marital | 3500.00 | Husband |
| Backhoe | Marital | 3500.00 | Husband |
| Zero Turn Mower | Marital | 500.00 | Husband |
| Two riding mowers | Marital | 500.00 | Husband |
| All construction equipment (including hand tools and other motorized equipment) | Marital | 25000.00 | Husband |

As to all vehicles and properties that are awarded to husband, upon presentation of the title or a properly prepared deed by the Husband, the wife shall, within seven days of presentation, execute the necessary document to transfer ownership to the husband. Parties will make sure that these is completed within sixty days of the entry of this order. Which is under appeal and therefore INVALID

As to all vehicles and properties that are awarded to wife (including those parcels that the wife is ordered to sale), upon presentation of the title or a properly prepared deed by the Wife, the husband shall, within seven days of presentation, execute the necessary document to transfer ownership to the wife. Parties will make sure that these is completed within sixty days of the entry of this order. Which is under appeal and therefore INVALID

The Court has considered all of the evidence offered by the parties relating to the statutory factors set forth in N.C. Gen. Stat. §50-20(c), and the Court finds that an unequal division of the marital and divisible property is equitable, reasonable, and fair to the parties in this case based upon the following factors: how often wife has had to attend court, how active husband has been in the court proceeds, how many additional steps wife has had to take to get to this point, including but not limited to, coming back to court multiple times to sell property in order to pay the mortgage to keep the marital residence from being foreclosed upon.

The unequal equitable distribution of the marital and divisible property and debt, and the distributive award provided herein, is equitable, fair, and reasonable to the parties.

I can not nor will I go into the illegalities put into print as an attempt to be reconciled as a lawful judgment IE: the appeal....technically this is a form fraud on the court and classifies as deprivations under the color of law... be forewarned this will be examined by higher courts.

Based on the foregoing FINDINGS OF FACT, the Court makes the following:

## CONCLUSIONS OF LAW

The Court has jurisdiction over the parties and subject matter of this action.

The facts as set forth in paragraphs 1 through 20 above are fully incorporated herein by reference to the extent that they are also conclusions of law.

The unequal distribution of marital and divisible property, and the distributive award provided in this Judgment, is equitable, fair, and reasonable to the parties.

## DECREE

NOW, THEREFORE, based upon the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, IT IS ORDERED, ADJUDGED and DECREED as follows:

1. The parties are awarded an unequal division of the marital and divisible properties and debts.

2. The plaintiff and defendant are awarded the items and properties in their respective columns as set forth in the findings of fact and said items and properties shall be each parties' sole and separate properties free and clear of any claims of the other. The findings of fact are incorporated herein by reference as if fully set forth herein.

3. The costs of this action are taxed to the plaintiff.

This the _____, day of _____, 2022.

_____
Honorable District Court Judge Chevonne Wallace

# STATE OF NORTH CAROLINA

_Denise_

__ANSON__ County

__Moore__

**Name Of Plaintiff**

_Bliss_

FILED

2021 SEP 14 P 1: 13

ON COUNTY C.S.C.

File No. **20 CVD 552**

Judgment Abstract No.

In The General Court Of Justice
District Court Division - Small Claims

VERSUS

**Name Of First Defendant**

**Name Of Second Defendant**

## NOTICE OF APPEAL
## TO DISTRICT COURT

G.S. 7A-228, 7A-230

### TO THE CLERK OF SUPERIOR COURT:

As the ☐ plaintiff ☐ defendant in the above-captioned action, I hereby give written Notice of Appeal on the judgment entered. This Notice is given within ten (10) days after the date the judgment in this action was entered. _Time Allow By Judge_

☑ I certify that today I have served copies of this Notice to all parties involved in this action.

I understand that I must pay to the Clerk of Superior Court the court costs for appeal within twenty (20) days after the magistrate rendered judgment (ten (10) days in summary ejectment cases), unless I am authorized to appeal as an indigent, or my appeal will be dismissed. If I am the defendant, I also understand that in certain cases if I wish to stay execution of the judgment, I may be required to sign a bond and that the plaintiff may have an execution issued after ten (10) days if I have not signed the required bond.

Also, I demand that this Appeal be tried before a ☐ judge. ☑ jury.

| Date Of Entry Of Judgment | Date Of Appeal | Date Costs Paid | Amount Of Court Costs Paid |
|---|---|---|---|
| | | | $ |

| Name Of Appealing Party 1 | Signature Of Appealing Party 1 | Name Of Appealing Party 2 (if applicable) | Signature Of Appealing Party 2 (if applicable) |
|---|---|---|---|
| | | | |

## NOTICE TO THE APPEALING PARTY

### NOTICE OF APPEAL

If you did not give Notice of Appeal to the magistrate in open court at the time the judgment was rendered, you may file this written Notice of Appeal with the clerk within ten (10) days after the judgment is entered. You have a right to request a trial by jury. If you do not ask for a jury trial, you will be given a trial by a judge without a jury. You must mail or deliver copies of this form to all of the other parties. If you mail them before filing this form with the Clerk, check the block in the body of the form indicating you have served the parties and fill out the back of the original of this form. If you mail copies after filing this form with the Clerk, you must file a separate certification of service with the Clerk. You must file an answer to the allegation if the complaint is a violation of G.S. 42-63 (criminal activity). G.S. 42-68(3).

### MANDATORY ARBITRATION

Many counties have mandatory arbitration programs in which appeals from small claims court are heard by an arbitrator before they go to a district court trial. You will be notified if your case is assigned for mandatory arbitration and, if so, what you must do.

### COURT COSTS

Within ten (10) days after the magistrate's judgment is entered in a summary ejectment case, and within twenty (20) days in all other cases, you MUST PAY to the clerk in cash the court costs for appealing the case, or your appeal will be dismissed. If you cannot afford to pay the court costs, you may ask the clerk for the form to appeal as an indigent (AOC-G-106). You must file the form to appeal as an indigent within ten (10) days after the judgment was entered. If the appealing party petitions to qualify as an indigent, and the petition is denied, that party has an additional five (5) days to perfect the appeal by paying the court costs.

### STOPPING ENFORCEMENT OF JUDGMENT

**Summary ejectment:**

If you are a tenant appealing from a summary ejectment judgment entered against you and you wish to stay on the premises until the appeal is heard, you must SIGN A BOND that you will pay your rent as it becomes due into the Clerk's office; you must PAY IN CASH the amount of rent in arrears as determined by the magistrate; and if the judgment was entered more than five (5) days before the next rental payment is due, you may also have to PAY IN CASH the prorated amount of rent due from the date the judgment was entered until the next rental payment is due. Ask the clerk for the bond form (AOC-CVM-304) to allow you to stay on the premises. If you have not signed this bond and paid the prorated amount of cash within ten (10) days after the judgment was entered, the landlord can ask to have the sheriff remove you from the premises even though the case is being appealed.

**Possession of personal property:**

If the magistrate's judgment ordered you to return specific personal property to the other party and you wish to continue to hold that property until the appeal is heard, you must sign a bond, signed by at least one surety, that you and the surety will pay any costs and damages if you do not comply with the judgment of the district court. Ask the clerk for the bond form (AOC-CVM-906M). If you have not signed this bond within ten (10) days after the judgment was entered, the other party can ask to have the sheriff take the property from you even though the case is being appealed.

**Money judgment:**

If a money judgment has been entered against you, you do not need to sign a bond to stop enforcement. The judgment is automatically stayed until the appeal is heard.

(Over)

AOC-CVM-303, Rev. 8/17
© 2017 Administrative Office of the Courts

If the appealing party has not asked for a jury trial and you wish to have a jury rather than a judge without a jury try your case, you must file a written request for a trial by jury with the clerk within ten (10) days after receiving this Notice and, within the same amount of time, you must mail copies of your written request to the other parties. See section on Mandatory Arbitration on Side One of this form.

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Appeal was served by

☐ depositing a copy enclosed in a postpaid, properly-addressed envelope in a post office or official depository under the exclusive care and custody of the U.S. Postal Service directed to the

  ☐ defendant.   ☐ defendant's attorney.

  ☐ plaintiff.   ☐ plaintiff's attorney.

☐ delivering a copy personally to the

  ☐ defendant.   ☐ defendant's attorney.

  ☐ plaintiff.   ☐ plaintiff's attorney.

☐ leaving a copy at the

  ☐ defendant's attorney's office with a partner or employee.

  ☐ plaintiff's attorney's office with a partner or employee.

☐ Other:

| Date Mailed/Delivered | Signature Of Person Serving Notice Of Appeal |
| --- | --- |
| Name And Address Of Person To Whom Mailed/Delivered | Name Of Person Serving Notice Of Appeal (type or print) |
| | Title |
| | Name And Mailing Address Of Appealing Party 1 |
| | Name And Mailing Address Of Appealing Party 2 (if applicable) |

AOC-CVM-303, Side Two, Rev. 8/17
© 2017 Administrative Office of the Courts

 **Gmail**

**Mark Bliss <marklcm56@gmail.com>**

## copy for federal court
1 message

**Mark Bliss** <marklcm56@gmail.com>                    Thu, Sep 22, 2022 at 12:46 PM
To: Mark Bliss <mbliss@lcmbuilders.com>, Mark Bliss <marklcm56@gmail.com>

> On Mon, Sep 5, 2022 at 4:47 PM Mark Bliss <marklcm56@gmail.com> wrote:
> All and Lynn,
> Did you know?
> Not that it is relative but your attorney(ms. Scarborough) (mailed an appealed and therefore
> unlawful(filed/stamped yet unsigned/unlawful) judgment to our latino tenants (cervando and
> wife).
> Scaring them to death , you should know how corrupt the Mexican government is.(and after
> your failing to pay the land taxes of $1,500 which cost the trust an additional $150@ 10% off
> the top + matching off the principal totaling in the area of (amortized) $3,000).
>
> Also your attorney  having halted lawful trust income causing the gomezes to be liable for
> breach(not that I would ever foreclose on them) "under the color of law" highly
> felonious(though only $650 it is the principal of your attorney lying cheating and stealing)at
> best it is to go to escrow and you will not see any)  I will file complaints with the judiciary at
> the first of the week (9/6/22 ) labor day week.
> I do not know if you are  aware...nor care, highly unlawful.
> However, I will file against your attorney's bonds and couldn't care less.
>
> But I will give you an opportunity, I can recant my million dollar offer to you at any time..you
> should not push.
> I realise you are sick and... dont care..your drug use brought you here.
> Don't forget I have 2000 pgs. of you own emails substantiating your drug use among other
> felonies(while I still held your HCPOA which supersedes even copyright infringement)
> Do not force me to enter it into court, all admissible.
> You are about to get my undivided attention. think about it, also it will save me an additional $
> 1 million dollars as promised in open court.
>
> I hope you are clean, any and all my offers to you as to legal or resolution of our marriage are
> contingent on many contractual agreements including, you testing clean for any drug.
> I repeat any drug! though I no longer hold your HCPOA.
>
> Also, with this past stunt I can only say thank you.
> Because when added to the 4th raid sat. 8/27/22 by R. Melton on camera....You may not have
> known.
> Kinda Substantiates the other 3 raids....Hm...not looking too good for you.
> What about the emergency psych exam that the obviously highly biased judge (Wallace)
> ordered in attempts to circumvent those pesky constitutional rights.
> You guys just keep burying yourselves deeper...


All,

Pls. Find notice of FOIA (Freedom Of Information Act) Request (5 U.S.C. 552).

Upon disclosure, and ample time for interrogatories, depositions etc.

After which the decision will be made as to which suit (Class Action Federal or other deprivations of civil liberties suit) against the city of Wadesboro  NC  and Anson County NC will be filed, which will take precedence over any and all claims (if any) on your part.

The information requested includes:

- The Armory demo in its entirety.

- Any and all correspondence concerning the Orchard Street Apt. complex (owned by LCM Builders Inc. for 18 years).

- Any and every bid to the city or county that involves LCM Builders, Inc. and all award criteria including names of engineer/architect/other responsive contractors.

- All correspondence with and internal documents of Anson County Inspection Department  relating to LCM Builders, Inc. or Mark Bliss or Lynn Moore (roughly from (Marvin Deese) and then replacement (Alan Denis) ending with the present inspector (Keith ?))  starting with the first Blue Max environmental home built in Anson County.

- All County and Wadesboro service and inter office communication concerning Mark Allen Bliss, Lynn Moore and/or LCM Builders, Inc. including specifically Sheriff's reports dating from 1987 to present concerning those just named and copies of Concealed Carry Permits and supporting documentation

- All information pertaining to the three illegal entree counts without warrants, including the name and badge numbers of said officers involved and any bodycam footage or 911 recordings and text messages.

- Magistrate reports from when I attempted to charge the sheriff's deputies with suppression under the color of law. (I could tell you the name of said magistrate and that she fulfilled the last needed criteria for a Federal suit, but we will let that remain for discovery. It is all documented

This is your lawful E- notice of intent to file a civil deprivation suit on multiple grounds to be specified upon receipt and review of your response in its entirety to this request.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

 Gmail                    **Mark Bliss <marklcm56@gmail.com>**

FILED

## add 1 notes
1 message

2022 AUG 15 A 9: 10

ANSON COUNTY, C.S.C

**Mark Bliss** <marklcm56@gmail.com>                    Sun, Aug 14, 2022 at 4:32 PM
To: Mark Bliss <mbliss@lcmbuilders.com>, ~~Att Le Ann Martin <bleannmartin@gmail.com>~~

Questions for the judge?

Where is my appeal? all can be solved with a jury trial?

Where are my FOIA requests, (Multiple) they ( county att. and city att.) have had ample time to at least address the concerns.

I can not move forward without them and I will still need ample time to investigate.

They have had them for over a year, (I have registered mail RRR) all germain and esculpitory.?

I will need a continuance as well as a change of venue.

I can and have corroborated every allegation by camera or deposition and witnessed.

I can and will show in court with corroborating witnesses the truth of what I have espoused.

Three that are Anson Co deputies, too much and too big to lie over.

I await FOIA's for names and dates and reports

As I entered into open court 7 pgs of higher court rulings showing "Fraud on the court" as the Bar ass. has been ruled as conflict of interest.

As further proof both Attorneys Mike Flake nor Aaron Bates, would provide a change of venue nor request for continuance form(requiring my return to the office) even at a usery price of $100 per page.

.Nor provide a notary service for an attestation of fact provided by my witness to my conversation with Judge Thomas on 8/12/22 app. mid day

Again I as a notary may do so, yet I was attempting to placate the court (Total transparency)

Again in an attempt to work in a timely fashion

Also, may any party intone untruths(lie) into the public registered record? Of course not but my wife's attorney did so...and the judge signed it making her complicit to multiple felonies, whether intentional or not, judicial immunity only goes so far.

Again I demand that she recuse herself, she has obvious issues with we the people.


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

 Gmail

## Re: Answer's to the commitment order

**FILED**

2 messages

2022 AUG 15 A 9: 12

Mark Bliss <marklcm56@gmail.com>
To: Mark Bliss <mbliss@lcmbuilders.com>, Mark Bliss <marklcm56@gmail.com>

Fri, Aug 12, 2022 at 4:

NSON COUNTY, C.S.C.

## II Answer's to the commitment order    Inbox



**Mark Bliss** <marklcm56@gmail.com>
to Mark, me

Aug 11, 2022, 1:52 PM (1 day ago)

Questions for the judge?

Where are my FOIA requests, Multiple they county att. and city att.

I can not move forward without them and I will still need ample time to investigate.

They have had them for over a year, (I have registered mail RRR) all germain and esculpitory.?

I will need a continuance as well as a change of venue.

I can and have corroborated every allegation by camera or deposition and witnessed.

Also, may any party intone untruths(lie) into the public registered record?

Point # 1
Patently untrue, not only am I lawfully precluded from being forced to disclose any information on the trust but...
not only did I communicate that for the record In open court(verifiable by transcripts) the name date and originating town attorney that drew the trust.
By law it is in the name by NC Statute(required) and I offered its FICA.

Equally, I offered the att. in facts name and address and espoused in open court that it is its own legal entity,
and if the court wishes further disclosure that they may have the trust served, however it is a private trust not public and has all 4th adm. right to privacy.

5, but It might be all sealed as I was a minor child.
this was accrued during our marriage.
However that is all supposition and I can not be forced to disclose anything...

No one's spouse would lie during a divorce, would they?
Especially after all the drug abuse, I held her DPOA, and have 2,000 + emails corroborating my position (her open admission).and pics of dr
I found after her abandonment.
I have her suicide note, and she mine, should the other ever need to put the other spouse down.
Want to see it?

Point # 2

I challenged the court's jurisdiction in open court for the record (see transcripts).

It has none, it had a duty to inquire, it did not as stated above I am constitutionally protected from forced disclosure.

The judge informed me that she has jurisdiction(she does not, I entered my objection, I will not argue).

Trust law is a different animal.

Actually, the judge (Wallace) was angered when I introduced in open court the U.S.S.C ruling no 21A23 44 pgs. showing it unconstitutional

for Anson co to put a rent moratorium on the auspices of the WHO (world Health Org) costing me an additional 60 K

and I misspoke and told her she was liable, I then recanted and apologized and properly intoned the issue to Anson co.

Whom had taken and sold property for back taxes while not allowing me to collect or evict.

and are holding the Money whithout disclosure, what when, where and how?Where's the trusts $

Also, this cast an askew glance at the service(that never occurred)on a piece of trust property for notice of sale.

I never got it, but the sheriff signed the green service card, no such service ever occured!

Why would I assume that the Anson co sheriff can break and enter on 3 separate occasions without a warrent nor exigent circumstances.

and yet not knock onthe door yet the card said signed the back of the card as delivered

---

Point # 3

in open court I asked her to recuse herself for bias, she scratched her temple and said "no I have decided that I am not bias"

So that's how that works....Hm....After jailing me for contempt, I said "damn" 2wice, once after being warned.

As all know very hard when your wife is telling lies on you in open court, (yet still far from "Fire in a crowded theater")

As I intoned to her at the time, it was a cheap attempt at recompense, because I do not respect her authority(non existent).

She works for "we the people" and has the authority we allow.

And as proof, she has broken the law...continuously(one may not legislate from the bench).

Furthermore, Judge wallace berated me in open court accusing me of racial prejudice (see transcripts)

I am a Federal compliance Officer, who works for a MBE/DBE/DV/ with every cert known and I am going to put it in writing....

Yeah, right!

As I espoused (in open court: see transcripts) after her comment, she alluded to the use of "Lumbee Indian" remarks in an email.

I told her in court to take that up with the FED for they had given the Lumbee Indian tribe national status.

And it correlates to the fact that the Clerk of court Mr.Hammonds happens to be both a Lumbee indian and retired NC SHP

Who hated one of my business benefactors.

As is the new Sheriff Landric Reid(both) a Lumbee Indian and SHP.....Conspiracy under U.S.C.241 does not require any such direct correlat

And has been forced to recuse himself and his ass. clerk Rhonda Sellers(name) for unlawfully withholding my deceased fathers estate.

Still unreconciled and has already cost myself and trusts in the area of 100K and is but 1 of 57 charges pending in my U.S.C.241 Deprivatior civil rights

Suit, in which I await the FOIA's to determine the extent of damages and....

---

Point # 4

The defendant tends to imply "conspiracies" as related to judges(whole cloth).I never mentioned judges until now.

Myself and almost every judge get along famously.

I and retired, 25 yr. superior court judge "Bill Helms" Monroe NC, sued Devere const. into bankruptcy in 17 (guys that walked off hwy 74 widening project)

The defendant tends to imply "conspiracies" as related to Law enforcement (true or so say my cameras and multiple witnesses) all (LE) approximately (15) all anson co sheriff's.and are complicit in attempted grand larceny(I have photos of my property hidden in the back of a tr

vehicle that the deputies had allowed these grifters to put on a dolly and were attempting to drive away with when I evicted all parties, from t premises

I await FOIA, for names, body cam, 911 tapes etc and incidence reports.

3 seperate incursions(all warrantless and without probable cause nor exigent circumstances)

All expelled lawfully, and yes they threatened my life.

------

Point # 5 :openly hostile to bailiffs and the court, Really?

Pls. see transcripts one of the bailiffs got adversarial when I refused to stand in honour of the administrator.

1rst admin, my right to freedom of religion precludes the putting on of airs, we have no royalty in america and as I intoned I have had back surgery

in 97 and am not the man of my youth and offered the court speaking loudly and staying seated, in order to not possibly foul myself.

Also, I am exempt from the mask order per the governor orders, and she (the judge) chose to become offended and made me sit in the hall

after making disparaging remark about me "WE all know about Mr. bliss" attempting to shame me out of my constitutional guarrentees

Again nothing but contempt for a Pro se' (that is a hint young judge, there is a war ongoing between the British accreditation Registry and....

Proceed at your own risk !

Let me add she accused me (in open court) of threatening her.

Is she medicated? or should she be?

------

Point # 6 : "The defendant has filed numerous emails to the opposing party"

Yes, guilty it is called open and full disclosure and it is unlawful not to do so!

The same attorney(whitney Scarboro)under study maybe),and I use the term loosely says "the court has not read all the numerous emails so by the defendant"

Openly admitting to dereliction of duty by not reading stamped, filed, germaine documents(and the judge signed it (making her complicit)

Point # 7 the judge had me locked away with the very sheriff that I have documented and witnessed attempts to kill me.

After telling her the issue, and as I intoned for her to call in the Federal marshal's office(that I had no fear of) . I am DOD.

Point # 8 ordered a mental health evaluation: her (judge) abuse of the tragic times we live in....

I could go voluntarily or...involuntarily (committed)

Do you know the size of the file Homeland sec. has on me?

BTW, do you want to call mi...nevermind they hold private matters in disdain.

Would you like a copy of my Rapid gate pass or the #'s upon request

or Fort Bragg ID?

Can you read redacted?

Would you like me to read or send you all 75 pages of high court (state supreme court and U.S.S.C.)rulings on "a treatise on arrest and false imprisonment"?

Because I rightly told my wife that she was attempting to cause another WACO(though I do not think she had anything to do with this.)

You see I am DOD, a DOD rapid gate pass holder I am att.in fact and primary agent for LCM Builder Inc. An all but unclassified builder.

Meaning I hold nearly every license available in construction multi-state and part of the CCR/SAMS worldwide for 28 yrs.

My wife did not understand why the guards nearly dropped the M-16's in order to salute, stammer and stutter.

All I could go on for days and only scratch the 5 file cabinets of atrocities I have on Anson co.

Mark Bliss, CAPS

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 25 of 115

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

On Thu, Aug 11, 2022 at 1:52 PM Mark Bliss <marklcm56@gmail.com> wrote:

Where are my FOIA's I can not move forward without them and I will still need ample time to investigate

Point # 1
Patently untrue, not only am I lawfully precluded from being forced to disclose any information on the trust but...
not only did I communicate that for the record In open court(verifiable by transcripts) the name date and originating town attorney that drew up the trus
By law it is in the name by NC Statute(required) and I offered its FICA.

Equally, I offered the att. in facts name and address and espoused in open court that it is its own legal entity,
and if the court wishes further disclosure that they may have the trust served, however it is a private trust not public and has all 4th adm. rights to priva

I could possibly disclose that I was married to a celebrity and was part of a Christain Cult as a minor and cleaned up upon dissolution of the marriage
and that I possibly birthed a child at home at the age of 15, but It might be all sealed as I was a minor child.
and none of this was accrued during our marriage.
However that is all supposition and I can not be forced to disclose anything...

No one's spouse would lie during a divorce, would they?
Especially after all the drug abuse, I held her DPOA, and have 2,000 + emails corroborating my position (her open admission).and pics of drugs I foun-
after her abandonment.
I have her suicide note, and she mine, should the other ever need to put the other spouse down.
Want to see it?

-----------------------------------------------------------------------------------------------------------------

Point # 2

I challenged the court's jurisdiction in open court for the record (see transcripts).

It has none, it had a duty to inquire, it did not as stated above I am constitutionally protected from forced disclosure.

The judge informed me that she has jurisdiction(she does not, I entered my objection, I will not argue).

Trust law is a different animal.

Actually, the judge (Wallace) was angered when I introduced in open court the U.S.S.C ruling no 21A23  44 pgs. showing it unconstitutional

for Anson co to put a rent moratorium  on the auspices of the WHO (world Health Org) costing me an additional  60 K

and I misspoke and told her she was liable, I then recanted and apologized and properly intoned the issue to Anson co.

Whom had taken and sold property for back taxes while not allowing me to collect or evict.

and are holding the Money whithout disclosure, what when, where and how?Where's the trusts $

Also, this cast an askew glance at the service(that never occurred)on a piece of trust property for notice of sale.

I never got it, but the sheriff signed the green service card, no such service ever occured!

Why would I assume that the Anson co sheriff can break and enter on 3 separate occasions without a warrent nor exigent circumstances.

and yet not knock onthe door yet the card said signed the back of the card as delivered

Point # 3

In open court I asked her to recuse herself for bias, she scratched her temple and said "no I have decided that I am not bias"

So that's how that works....Hm....After jailing me for contempt, I said "damn" 2wice, once after being warned.

As all know very hard when your wife is telling lies on you in open court, (yet still far from "Fire in a crowded theater")

As I intoned to her at the time, it was a cheap attempt at recompense, because I do not respect her authority(non existent).

She works for "we the people" and has the authority we allow.

And as proof, she has broken the law...continuously(one may not legislate from the bench).

Furthermore, Judge wallace berated me in open court accusing me of racial prejudice (see transcripts)

I am a Federal compliance Officer, who works for a MBE/DBE/DV/ with every cert known and I am going to put it in writing....

Yeah, right!

As I espoused (in open court: see transcripts) after her comment, she alluded to the use of "Lumbee Indian" remarks in an email.

I told her in court to take that up with the FED for they had given the Lumbee Indian tribe national status.

And it correlates to the fact that the Clerk of court Mr.Hammonds happens to be both a Lumbee indian and retired NC SHP

Who hated one of my business benefactors.

As is the new Sheriff Landric Reid(both) a Lumbee Indian and SHP.....Conspiracy under U.S.C.241 does not require any such direct correlation.

And has been forced to recuse himself and his ass. clerk Rhonda Sellers(name) for unlawfully withholding my deceased fathers estate.

Still unreconciled and has already cost myself and trusts in the area of 100K and is but 1 of 57 charges pending in my U.S.C.241 Deprivation of civil rig

Suit, in which I await the FOIA's to determine the extent of damages and....

---

Point # 4

The defendant tends to imply "conspiracies" as related to judges(whole cloth).I never mentioned judges until now.

Myself and almost every judge get along famously.

I and retired, 25 yr. superior court judge "Bill Helms" Monroe NC, sued Devere const. into bankruptcy in 17 (guys that walked off hwy 74 widening proj

The defendant tends to imply "conspiracies" as related to  Law enforcement (true or so say my cameras and multiple witnesses) all (LE) approximately (15) all anson co sheriff's.and are complicit in attempted grand larceny(I have photos of my property hidden in the back of a trust vehicle that the deput had allowed these grifters to put on a dolly and were attempting to drive away with when I evicted all parties, from the premises

I await FOIA, for names,  body cam,  911 tapes etc and incidence reports.

3 seperate incursions(all warrantless and without probable cause nor exigent circumstances)

All expelled lawfully, and yes they threatened my life.

---

Point # 5 :openly hostile to bailiffs and the court, Really?

Pls. see transcripts one of the bailiffs got adversarial when I refused to stand in honour of the administrator.

1rst admin, my right to freedom of religion precludes the putting on of airs, we have no royalty in america and as I intoned I have had back surgery

in 97 and am not the man of my youth and offered the court speaking loudly and staying seated, in order to not possibly foul myself.

Also, I am exempt from the mask order per the governor orders, and she (the judge) chose to become offended and made me sit in the hall

after making disparaging remark about me "WE all know about  Mr. bliss" attempting to shame me out of my constitutional guarrentees

Again nothing but contempt for a Pro se' (that is a hint young judge, there is a war ongoing between the British accreditation Registry and....)

Proceed at your own risk !

Let me add she accused me (in open court) of threatening her.

Is she medicated? or should she be?

---

Point # 6 : "The defendant has filed numerous emails to the opposing party"

Yes,  guilty it is called open and full disclosure and it is unlawful not to do so!

The same attorney(whitney Scarboro)under study maybe),and I use the term loosely says "the court has not read all the numerous emails sent by the defendant"

Openly admitting to dereliction of duty by  not reading stamped, filed, germaine documents(and the judge signed it (making her complicit)


Point # 7 the judge had me locked away with the very sheriff that I have documented and witnessed attempts to kill me.

After telling her the issue, and as I intoned for her to call in the Federal marshal's office(that I had no fear of) . I am DOD.


Point # 8 ordered a mental health evaluation: her (judge) abuse of the tragic times we live in....

I could go voluntarily or...involuntarily (committed)

Do you know the size of the file Homeland sec. has on me?

BTW, do you want to call mi...nevermind they hold private matters in disdain.

Would you like a copy of my Rapid gate pass or the #'s upon request

or Fort Bragg ID?

Can you read redacted?

Would you like me to read or send you all 75 pages of high court (state supreme court and U.S.S.C.)rulings on "a treatise on arrest and false imprisonment"?

Because I rightly told my wife that she was attempting to cause another WACO(though I do not think she had anything to do with this.)

You see I am DOD, a DOD rapid gate pass holder I am att.in fact and primary agent for LCM Builder Inc. An all but unclassified builder.

Meaning I hold nearly every license available in construction multi-state and part of the CCR/SAMS worldwide for 28 yrs.

My wife did not understand why the guards nearly dropped the M-16's in order to salute, stammer and stutter.

All I could go on for days and only scratch the 5 file cabinets of atrocities  I have on Anson co.


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P:  1-800-329-8338

C:  704-560-4374

E:  mbliss@lcmbuilders.com

E:  marklcm56@gmail.com

http://lcmbuilders.com

---

**Mark Bliss** <marklcm56@gmail.com>
Draft To: Bronson Bliss <bronsonbliss@yahoo.com>                                          Fri, Aug 12, 2022 at 5:16 PM

Hate to do this to you kid, I had to out you about your real mother.
Sorry, I hate that you had to hear about it like this....

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

[Quoted text hidden]

# LCM BUILDERS, INC-.




CAROLINAS ROOFING AND SHEET
METAL CONTRACTORS ASSOCIATION

## Roofing & General Contractor___

—SBA HUBZone    North Carolina HUB    NC & SC DBE    SBE~WBE Certified——

http://www.lcmbuilders.com

All,

Pls. Find notice of FOIA (Freedom Of Information Act) Request (5 U.S.C. 552).

Upon disclosure, and ample time for interrogatories, depositions etc.

After which the decision will be made as to which suit (Class Action Federal or other deprivations of civil liberties suit) against the city of Wadesboro NC and Anson County NC will be filed, which will take precedence over any and all claims (if any) on your part.

The information requested includes:

- The Armory demo in its entirety.

- Any and all correspondence concerning the Orchard Street Apt. complex (owned by LCM Builders Inc. for 18 years).

- Any and every bid to the city or county that involves LCM Builders, Inc. and all award criteria including names of engineer/architect/other responsive contractors.

- All correspondence with and internal documents of Anson County Inspection Department relating to LCM Builders, Inc. or Mark Bliss or Lynn Moore (roughly from (Marvin Deese) and then replacement (Alan Denis) ending with the present inspector (Keith ?)) starting with the first Blue Max environmental home built in Anson County.

- All County and Wadesboro service and inter office communication concerning Mark Allen Bliss, Lynn Moore and/or LCM Builders, Inc. including specifically Sheriff's reports dating from 1987 to present concerning those just named and copies of Concealed Carry Permits and supporting documentation

- All information pertaining to the three illegal entree counts without warrants, including the name and badge numbers of said officers involved and any bodycam footage or 911 recordings and text messages.

- Magistrate reports from when I attempted to charge the sheriff's deputies with suppression under the color of law. (I could tell you the name of said magistrate and that she fulfilled the last needed criteria for a Federal suit, but we will let that remain for discovery. It is all documented

This is your lawful E- notice of intent to file a civil deprivation suit on multiple grounds to be specified upon receipt and review of your response in its entirety to this request.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

 Gmail                                       **Mark Bliss <marklcm56@gmail.com>**

## Answer's to the commitment order
1 message

**Mark Bliss** <marklcm56@gmail.com>                          Thu, Aug 11, 2022 at 1:52 PM
To: Mark Bliss <mbliss@lcmbuilders.com>, Mark Bliss <marklcm56@gmail.com>

Where are my FOIA's I can not move forward without them and I will still need ample time to
investigate


Point # 1
Patently untrue, not only am I lawfully precluded from being forced to disclose any information
on the trust but...
not only did I communicate that for the record In open court(verifiable by transcripts) the name
date and originating town attorney that drew up the trust.
By law it is in the name by NC Statute(required) and I offered its FICA.

Equally,  I offered the att. in facts name and address and espoused in open court that it is its own
legal entity,
and if the court wishes further disclosure that they may have the trust served, however it is a
private trust not public and has all 4th adm. rights to privacy.

I could possibly disclose that I was married to a celebrity and was part of a Christain Cult as a
minor and cleaned up upon dissolution of the marriage
and that I possibly  birthed a child at home at the age of 15, but It might be all sealed as I was a
minor child.
and none of this was accrued during our marriage.
However that is all supposition and I can not be forced to disclose anything...

No one's spouse would lie during a divorce, would they?
Especially after all the drug abuse, I held her DPOA, and have 2,000 + emails corroborating my
position (her open admission).and pics of drugs I found after her abandonment.
I have her suicide note, and she mine, should the other ever need to put  the other spouse
down.
Want to see it?

-------------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------

Point # 2

I challenged the court's jurisdiction in open court for the record (see transcripts).

It has none, it had a duty to inquire, it did not as stated above I am constitutionally protected from forced disclosure.

The judge informed me that she has jurisdiction(she does not, I entered my objection, I will not argue).

Trust law is a different animal.

Actually, the judge (Wallace) was angered when I introduced in open court the U.S.S.C ruling no 21A23  44 pgs. showing it unconstitutional

for Anson co to put a rent moratorium  on the auspices of the WHO (world Health Org) costing me an additional  60 K

and I misspoke and told her she was liable, I then recanted and apologized and properly intoned the issue to Anson co.

Whom had taken and sold property for back taxes while not allowing me to collect or evict.

and are holding the Money whithout disclosure, what when, where and how?Where's the trusts $

Also, this cast an askew glance at the service(that never occurred)on a piece of trust property for notice of sale.

I never got it, but the sheriff signed the green service card, no such service ever occured!

Why would I assume that the Anson co sheriff can break and enter on 3 separate occasions without a warrent nor exigent circumstances.

and yet not knock onthe door yet the card said signed the back of the card as delivered

-------------------------------------------------------------------------------------------------------------------------
---------------------------------------------

Point # 3

in open court I asked her to recuse herself for bias, she scratched her temple and said "no I have decided that I am not bias"

So that's how that works....Hm....After jailing me for contempt,  I said "damn" 2wice, once after being warned.

As all know very hard when your wife is telling lies on you in open court, (yet still far from "Fire in a crowded theater")

As I intoned to her at the time, it was a cheap attempt at recompense, because I do not respect her authority(non existent).

She works for "we the people" and has the authority we allow.

And as proof, she has broken the law...continuously(one may not legislate from the bench).

Furthermore, Judge wallace berated me in open court accusing me of racial prejudice (see transcripts)

I am a Federal compliance Officer, who works for a MBE/DBE/DV/ with every cert known and I am going to put it in writing....

Yeah, right!

As I espoused (in open court: see transcripts) after her comment, she alluded to the use of "Lumbee Indian" remarks in an email.

I told her in court to take that up with the FED for they had given the Lumbee Indian tribe national status.

And it correlates to the fact that the Clerk of court Mr.Hammonds happens to be both a Lumbee indian and retired NC SHP

Who hated one of my business benefactors.

As is the new Sheriff Landric Reid(both) a Lumbee Indian and SHP.....Conspiracy under U.S.C.241 does not require any such direct correlation.

And has been forced to recuse himself and his ass. clerk Rhonda Sellers(name) for unlawfully withholding my deceased fathers estate.

Still unreconciled and has already cost myself and trusts in the area of 100K and is but 1 of 57 charges pending in my U.S.C.241 Deprivation of civil rights

Suit, in which I await the FOIA's to determine the extent of damages and....

-------------------------------------------------------------------------------------------------------------------------------
-------------------------------------

Point # 4

The defendant tends to imply "conspiracies" as related to judges(whole cloth).I never mentioned judges until now.

Myself and almost every judge get along famously.

I and retired, 25 yr. superior court judge "Bill Helms" Monroe NC, sued Devere const. into bankruptcy in 17 (guys that walked off hwy 74 widening project)

The defendant tends to imply "conspiracies" as related to Law enforcement (true or so say my cameras and multiple witnesses) all (LE) approximately (15) all anson co sheriff's.and are complicit in attempted grand larceny(I have photos of my property hidden in the back of a trust vehicle that the deputies had allowed these grifters to put on a dolly and were attempting to drive away with when I evicted all parties, from the premises

I await FOIA, for names, body cam, 911 tapes etc and incidence reports.

3 seperate incursions(all warrantless and without probable cause nor exigent circumstances)

All expelled lawfully, and yes they threatened my life.

_____

_____

Point # 5 :openly hostile to bailiffs and the court, Really?

Pls. see transcripts one of the bailiffs got adversarial when I refused to stand in honour of the administrator.

1rst admin, my right to freedom of religion precludes the putting on of airs, we have no royalty in america and as I intoned I have had back surgery

in 97 and am not the man of my youth and offered the court speaking loudly and staying seated, in order to not possibly foul myself.

Also, I am exempt from the mask order per the governor orders, and she (the judge) chose to become offended and made me sit in the hall

after making disparaging remark about me "WE all know about  Mr. bliss" attempting to shame me out of my constitutional guarrentees

Again nothing but contempt for a Pro se' (that is a hint young judge, there is a war ongoing between the British accreditation Registry and....)

Proceed at your own risk !

Let me add she accused me (in open court) of threatening her.

Is she medicated? or should she be?

-------------------------------------------------------------------------------------------------------------------------------------

----------------------------------------

Point # 6 : "The defendant has filed numerous emails to the opposing party"

Yes,  guilty it is called open and full disclosure and it is unlawful not to do so!

The same attorney(whitney Scarboro)under study maybe),and I use the term loosely says "the court has not read all the numerous emails sent by the defendant"

Openly admitting to dereliction of duty by  not reading stamped, filed, germaine documents(and the judge signed it (making her complicit)

Point # 7 the judge had me locked away with the very sheriff that I have documented and witnessed attempts to kill me.

After telling her the issue, and as I intoned for her to call in the Federal marshal's office(that I had no fear of) . I am DOD.

Point # 8 ordered a mental health evaluation: her (judge) abuse of the tragic times we live in....

I could go voluntarily or...involuntarily (committed)

Do you know the size of the file Homeland sec. has on me?

BTW, do you want to call mi...nevermind they hold private matters in disdain.

Would you like a copy of my Rapid gate pass or the #'s upon request

or Fort Bragg ID?

Can you read redacted?

Would you like me to read or send you all 75 pages of high court (state supreme court and U.S.S.C.)rulings on "a treatise on arrest and false imprisonment"?

Because I rightly told my wife that she was attempting to cause another WACO(though I do not think she had anything to do with this.)

You see I am DOD, a DOD rapid gate pass holder I am att.in fact and primary agent for LCM Builder Inc. An all but unclassified builder.

Meaning I hold nearly every license available in construction multi-state and part of the CCR/SAMS worldwide for 28 yrs.

My wife did not understand why the guards nearly dropped the M-16's in order to salute, stammer and stutter.

All I could go on for days and only scratch the 5 file cabinets of atrocities I have on Anson co.


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

 Gmail                        **Mark Bliss <marklcm56@gmail.com>**

## notes
1 message

**Mark Bliss** <marklcm56@gmail.com>                    Sun, Aug 14, 2022 at 2:07 PM
To: Mark Bliss <mbliss@lcmbuilders.com>

*WHY u cEase for Stork* (handwritten)

Questions for the judge?

Where are my FOIA requests, (Multiple) they ( county att. and city att.) have had ample time to at least address the concerns.

I can not move forward without them and I will still need ample time to investigate.

They have had them for over a year, (I have registered mail RRR) all germain and esculpitory.?

I will need a continuance as well as a change of venue.

I can and have corroborated every allegation by camera or deposition and witnessed.

I can and will show in court with corroborating witnesses the truth of what I have espoused.

Three that are Anson Co deputies, too much and too big to lie over.

I await FOIA's for names and dates and reports

As I entered into open court 7 pgs of higher court rulings showing "Fraud on the court" as the Bar ass. has been ruled as conflict of interest.

As further proof both Attorneys Mike Flake nor Aaron Bates, would provide a change of venue nor request for continuance form(requiring my return to the office) even at a usery price of $100 per page.

.Nor provide a notary service for an attestation of fact provided by my witness to my conversation with Judge Thomas on 8/12/22 app. mid day

Again I as a notary may do so, yet I was attempting to placate the court (Total transparency)

Again in an attempt to work in a timely fashion

Also, may any party intone untruths(lie) into the public registered record? Of course not but my wife's attorney did so...and the judge signed it making her complicit to multiple felonies, whether intentional or not, judicial immunity only goes so far.

Again I demand that she recuse herself, she has obvious issues with we the people.

Mark Bliss, CAPS

 **Gmail**                                    **Mark Bliss <marklcm56@gmail.com>**

## Fwd: Articles of incorporation for wadesboro nc
1 message

**Mark Bliss** <marklcm56@gmail.com>                     Wed, Aug 10, 2022 at 10:36 PM
To: scott forbes <scottforbes1@hotmail.com>

Scott,
2nd attempt  showing the previous attachments at in red

12:29 PM (10 hours ago)
<span style="color:red">12:29 PM (10 hours ago)</span>

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

---------- Forwarded message ---------
From: **Mark Bliss** <marklcm56@gmail.com>
Date: Wed, Aug 10, 2022 at 12:29 PM
Subject: Fwd: Articles of incorporation for wadesboro nc
To: scott forbes <scottforbes1@hotmail.com>, Aaron Bates <aaronbateslaw@gmail.com>,
Cindy S Dycus (Work) <cindy.s.dycus@nccourts.org>, Harris, Wanda
<Wanda.Harris@nccourts.org>

All/Sir,

I spoke to you outside the restroom(in the last court session in Wadesboro NC) and exemplified my request and in essence said that expect a truck load discovery.
and felt it would be disingenuous to give you an entire bibliography of the contents that I know of..

As I stated it defeats the purpose of discovery and if I can produce "X" amount of unreleased information it shows
a tendency of non-transparency on the part of the party failing to disclose.
Yet I have att. the preliminary FOIA request, rather self explanatory.

In my FOIA request under (5 U.S.C. 552) per ecommerce sent previously and sent months later again reg mail.
Generally I include an IRS allowance of base $250 with an additional .15 cent per pg. thereafter. (no excuses for delay).
and if not by oversight you now have it in writing.
 Per "FOIA" Citing #7 separately defined incidences of civil liberty infractions by the county and ass. divisions thereof.
I have more...much more, I wish to show the county's predilection to be self-serving under the guise of sovereign immunity.

I will add for your edification the week ending 8/5/22
That I had a taped(required by NC statute)conversation with Judge Thomas, in which an appointment was set for mid day
Wed(if memory serves) in which we (he and I and Judge Wallace) where to discuss my charging her for,malicious prosecution and judicial malfeasance against myself and trust interests.(yes I know judicial immunity, yet you can not willfully break the law)

She should know better.
BTW do you really think I accidentally sent my many legal pro's to her office? Not no but HELL NO!
It is called full disclosure and is required by law!
This is what I do for a living, Federal compliance, 2nd adm, search and seizure, with 8-a and HUD/housing certs as a sideline.

Judge Thomas proved unavailable.....So I proceeded to do what is lawfully required:
Chain of prosecutorial defrence(complete disclosure) Required.
The magistrate refused to allow me to charge her (the judge)(as anticipated, yet required) the 3rd and final required step for Federal intervention.
The second time that this requirement was met.
The first time(that the 3rd criteria was met)I told The magistrate another miss Scarborough(no longer employed yet easily found)
Informed me she would have to ask the sheriff (Landric Reid) if he would allow me to charge the app. 15 officers on 3 separate occasions
Who illegally raided trust property without a warrent nor exigent circumstances.
Lawfully dispelled all three times

Also, you may add 3 ladies to the discovery witness list from the court house who were called in to threaten to charge me with... and insult me evidently they do not know the law (at all).

All of which refused to give their names(of which you or Aaron need to supply) and positions(unlawful my tax $) and I am sure against city/county/ procedure and again proving the

powers that be have feelings of superiority.

Once again continuing to show a pattern, which is all that is vaguely required for the charge of (conspiracy under the color of law) usurpation and deprivation of my civil rights under the color of law.
Need I quote the Federal code?

Also as a side note, Ms. Scarboro (wifes att.) actually put in writing (rampant and easily verifiable untruths) surely she is an understudy
Her mentor should be censored, in this case the Judge(she actually signed it into an order) that would cause a treatise of false imprisonment, without proper verification, non the less the judge signed it....even with the codicil that I registered so many docs as the court could not read them all...or at least that was the implication, however as you and all should know that is the judges job.
Read, read, read all registered docs the proof of being germaine.

My lawful duty...open disclosure (legally required).
What miss Scarborough has done is throw herself and the judge(she signed the order) under the bus.

You see not reading a registered legal doc germaine to the case is and will only be construed as judicial malfeasance.
This is why I registered them....
I will critique the unlawful and therefore unenforceable court order, however with my (IT) handicap as well as the limitations of my
manual dexterity due to the high power line electrocution, it may take me another day or so.

Yet you have 2 weeks worth of FOIA disclosure that without I can not provide any coherent defense as prescribed by law.
All on record, I will be requesting a continuance, as well as a change of venue (due to the unlawful raids.)

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

On Tue, Aug 9, 2022 at 4:36 PM scott forbes <scottforbes1@hotmail.com> wrote:
  Mark,

  What do you want regarding the FOIA disclosure?

  I wrote a letter some time ago stating I could not decipher your request.

  Sincerely,

  Scott Forbes

  **From:** Mark Bliss <marklcm56@gmail.com>
  **Sent:** Tuesday, August 9, 2022 4:20 PM
  **To:** scott forbes <scottforbes1@hotmail.com>
  **Subject:** Re: Articles of incorporation for wadesboro nc

  Scott, are there any overlapping jurisdictions, per se' county, township,province, etc?
  I realise we (Anson co.) lost its Federal HUBZone status due to the prison (2800} bed being
  ruled work release.
  Changing the entire employment demographic for the county.
  Do you have an expected time for the FOIA disclosure? as it applies to the county?taxes/
  liens/ judgments etc.

  Mark Bliss, CAPS

  Chief Estimator

  Compliance Officer

  Attorney in Fact and Primary Agent

  LCM Builders, Inc.

  P:  1-800-329-8338

  C:  704-560-4374

  E:  mbliss@lcmbuilders.com

  E:  marklcm56@gmail.com

  http://lcmbuilders.com

On Tue, Aug 9, 2022 at 3:59 PM scott forbes <scottforbes1@hotmail.com> wrote:

Mr. Bliss,

Please contact the Town of Wadesboro for the Articles of Incorporation you seek.

I am the County attorney for Anson County.

I hope you are doing well.

Sincerely,

Scott Forbes

**From:** Mark Bliss <marklcm56@gmail.com>
**Sent:** Monday, August 8, 2022 1:40 PM
**To:** scottforbes1@hotmail.com <scottforbes1@hotmail.com>
**Subject:** Articles of incorporation for wadesboro nc

Scott,
Pls. forward me the articles of incorporation for the town or municipality of Wadesboro NC
I will follow this with registered mail, how goes my FOIA disclosure?
Pls advise.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

**2 attachments**

**IMG_0002.jpg**
327K

**IMG_0001.jpg**
1208K

ORIGin`al FOIA Requ

I will ATI.

 **Gmail**                    **Mark Bliss <marklcm56@gmail.com>**

## Re: Articles of incorporation for wadesboro nc
1 message

**scott forbes** <scottforbes1@hotmail.com>                    Wed, Aug 10, 2022 at 9:59 PM
To: Mark Bliss <marklcm56@gmail.com>, Aaron Bates <aaronbateslaw@gmail.com>, "Cindy S
Dycus (Work)" <cindy.s.dycus@nccourts.org>, "Harris, Wanda" <Wanda.Harris@nccourts.org>

Mr. Bliss,

I have read your "FOIA Request" and I still can not find wherein you ask for
something.

The County takes very seriously, our responsibility to comply with legal and proper
FOIA Requests.

I am trying to comply, but do not understand your writing.

On another note, I witnessed Judge Wallace address your concerns.

I observed that she was professional and beyond courteous to you.

Frankly, I've appeared is many courts throughout this state and she allowed you
broad latitude in effort to accommodate your statements.

I suggest your hire an attorney to advise you and to state your claim/s before the
court.

Sincerely,

Scott Forbes

**From:** Mark Bliss <marklcm56@gmail.com>
**Sent:** Wednesday, August 10, 2022 12:29 PM
**To:** scott forbes <scottforbes1@hotmail.com>; Aaron Bates
<aaronbateslaw@gmail.com>; Cindy S Dycus (Work) <cindy.s.dycus@nccourts.org>;
Harris, Wanda <Wanda.Harris@nccourts.org>
**Subject:** Fwd: Articles of incorporation for wadesboro nc

All/Sir,
· I spoke to you outside the restroom(in the last court session in Wadesboro NC) and exemplified my request and in essence said that expect a truck load discovery.
and felt it would be disingenuous to give you an entire bibliography of the contents that I know of..

As I stated it defeats the purpose of discovery and if I can produce "X" amount of unreleased information it shows
a tendency of non-transparency on the part of the party failing to disclose.
Yet I have att. the preliminary FOIA request, rather self explanatory.

In my FOIA request under (5 U.S.C. 552) per ecommerce sent previously and sent months later again reg mail.
Generally I include an IRS allowance of base $250 with an additional .15 cent per pg. thereafter. (no excuses for delay).
and if not by oversight you now have it in writing.
Per "FOIA" Citing #7 separately defined incidences of civil liberty infractions by the county and ass. divisions thereof.
I have more...much more, I wish to show the county's predilection to be self-serving under the guise of sovereign immunity.

I will add for your edification the week ending 8/5/22
That I had a taped(required by NC statute)conversation with Judge Thomas, in which an appointment was set for mid day
Wed(if memory serves) in which we (he and I and Judge Wallace) where to discuss my charging her for,malicious prosecution and judicial malfeasance against myself and trust interests.(yes I know judicial immunity, yet you can not willfully break the law)

She should know better.
BTW do you really think I accidentally sent my many legal pro's to her office? Not no but HELL NO!
It is called full disclosure and is required by law!
This is what I do for a living, Federal compliance, 2nd adm, search and seizure, with 8-a and HUD/housing certs as a sideline.

Judge Thomas proved unavailable.....So I proceeded to do what is lawfully required:
Chain of prosecutorial defrence(complete disclosure) Required.
The magistrate refused to allow me to charge her (the judge)(as anticipated, yet required) the 3rd and final required step for Federal intervention.
The second time that this requirement was met.
The first time(that the 3rd criteria was met)I told The magistrate another miss Scarborough(no longer employed yet easily found)
Informed me she would have to ask the sheriff (Landric Reid) if he would allow me to charge the app. 15 officers on 3 separate occasions
Who illegally raided trust property without a warrent nor exigent circumstances.
Lawfully dispelled all three times

Also, you may add 3 ladies to the discovery witness list from the court house who were called in to threaten to charge me with... and insult me evidently they do not know the law (at all).

All of which refused to give their names(of which you or Aaron need to supply) and positions(unlawful my tax $) and I am sure against city/county/ procedure and again proving the powers that be have feelings of superiority.

Once again continuing to show a pattern, which is all that is vaguely required for the charge of (conspiracy under the color of law) usurpation and deprivation of my civil rights under the color of law.
Need I quote the Federal code?

Also as a side note, Ms. Scarboro (wifes att.) actually put in writing (rampant and easily verifiable untruths) surely she is an understudy
Her mentor should be censored, in this case the Judge(she actually signed it into an order) that would cause a treatise of false imprisonment, without proper verification, non the less the judge signed it....even with the codicil that I registered so many docs as the court could not read them all...or at least that was the implication, however as you and all should know that is the judges job.
Read, read, read all registered docs the proof of being germaine.

My lawful duty...open disclosure (legally required).
What miss Scarborough has done is throw herself and the judge(she signed the order) under the bus.

You see not reading a registered legal doc germaine to the case is and will only be construed as judicial malfeasance.
This is why I registered them....
I will critique the unlawful and therefore unenforceable court order, however with my (IT) handicap as well as the limitations of my
manual dexterity due to the high power line electrocution, it may take me another day or so.

Yet you have 2 weeks worth of FOIA disclosure that without I can not provide any coherent defense as prescribed by law.
All on record, I will be requesting a continuance, as well as a change of venue (due to the unlawful raids.)

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

On Tue, Aug 9, 2022 at 4:36 PM scott forbes <scottforbes1@hotmail.com> wrote:
Mark,

What do you want regarding the FOIA disclosure?

I wrote a letter some time ago stating I could not decipher your request.

Sincerely,

Scott Forbes

---

**From:** Mark Bliss <marklcm56@gmail.com>
**Sent:** Tuesday, August 9, 2022 4:20 PM
**To:** scott forbes <scottforbes1@hotmail.com>
**Subject:** Re: Articles of incorporation for wadesboro nc

Scott, are there any overlapping jurisdictions, per se' county, township,province, etc?
I realise we (Anson co.) lost its Federal HUBZone status due to the prison {2800} bed being
ruled work release.
Changing the entire employment demographic for the county.
Do you have an expected time for the FOIA disclosure? as it applies to the county?taxes/
liens/ judgments etc.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

On Tue, Aug 9, 2022 at 3:59 PM scott forbes <scottforbes1@hotmail.com> wrote:
Mr. Bliss,

Please contact the Town of Wadesboro for the Articles of Incorporation you seek.

I am the County attorney for Anson County.

I hope you are doing well.

Sincerely,

Scott Forbes

**From:** Mark Bliss <marklcm56@gmail.com>
**Sent:** Monday, August 8, 2022 1:40 PM
**To:** scottforbes1@hotmail.com <scottforbes1@hotmail.com>
**Subject:** Articles of incorporation for wadesboro nc

Scott,
Pls. forward me the articles of incorporation for the town or municipality of Wadesboro NC
I will follow this with registered mail, how goes my FOIA disclosure?
Pls advise.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

 Gmail

Mark Bliss <marklcm56@gmail.com>

---

**Response to your interrogatories IE: 20 CVD 552**

1 message

---

**Mark Bliss** <mbliss@lcmbuilders.com>
To: LeAnn Martin <bleannmartin@gmail.com>

Wed, Nov 10, 2021 at 3:05 PM

This is a legal communication to be registered with the courts and to accompany your interrogatories to the Judge
One, Chevonne Wallace.
This will be sent to the judicial review board among others.
I will be asking that any judgment made on her part be vacated, due to procedural bias.
To be articulated below:
I at the beginning of the trial asked if and explained as well as conceded that she did have jurisdiction(it being an NC court)
I threw myself on the mercy of the court, for the second time, and asked for a continuance(denied)

Why? I cannot force discovery (for my case) I told Ms.Wallace(judge) that the Neuro doc's files (my hepa protected files).
that exonerates my contention of my following of a real(Head of Neuroscience at Duke medical) doctor's recommendation (the only reason I am waving my 4th amendment right to privacy) by offering them.
BTW I still have not received anything from them.
What can I do about that? Nothing but wait.

It is directly germain to the case.
They informed me that they(Pinehurst neurological) Bibliography upon request) has 45 days allowed to provide.....

Also, I cannot get the transcripts, I am legally entitled to (without cost, (my tax money)needed for appeal).

Also, the judge abridged my 1rst amendment right to freedom of speech, and religion.
I can not substantiate these without the recorded transcripts.
Her jailing me was entirely in retaliation for my exercising and asserting my constitutionally protected rights, both national and NC state.

I handed her the USSC ruling that the covid moratorium(on rent evictions) had been ruled unconstitutional and that made the County and state culpable
in defrauding myself and trusts of property(Sold and removed)Yet no service and where is the additional money?

Then she had me jailed for contempt because I said "damn" twice( though I apologised to the court)
It is quite hard not to get excited in court when being lied about, difficult, though far from fire in a crowded theater.(28 hours in jail(entirely retaliatory).

 Gmail

Mark Bliss <marklcm56@gmail.com>

## All sending this early because I lost it all yesterday after 6 hours of typing and trying not to repeat my error M/D 20-CVD-000552 state of NC judicial district 16 A General court of justice(district court div).

1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                                                   Wed, Oct 27, 2021 at 11:20 AM
To: Mark Bliss <mbliss@lcmbuilders.com>, LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss
<bronsonbliss@yahoo.com>

Your honor does not wish this to be said in open court also it will destroy my discovery process.

This is a NC Court and is within your jurisdiction, for the last time I am throwing myself on the mercy of your court.
If you are unwilling to protect both my NC constitutional as well as my US constitutional rights please recuse yourself and
appoint someone who will.

My life is at risk, how many (threats)  all well documented. on camera, witnessed and attested must I provide?
You refuse to hear me!
You continue to risk my life and livelihood !

1. I formally protest the co-mingling of the mutual distribution and the emergency dissolution order as groundless.
All properties are within a rv trust.
Its own legal entity, drawn by George Bower/City att at the time and protected under the (IV) adm.
2.In the last court session I was granted a continuance, because the requested defense (discovery) material had not
Been provided by hepa request.(my lawful records)
However, I can not force the Doctor's office to provide in a timely manner.
The last session I invoked NC constitutional sec. 25 rights to jury jury trial, when is jury to be picked?
All this information is protected under NC/ and US constitution and I still have not received them.
The only reason that I am not invoking my

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 50 of 115

On Thu, Nov 5, 2020 at 11:23 PM Mark Bliss <mbliss@lcmbuilders.com> wrote:

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com


---------- Forwarded message ---------
From: **Mark Bliss** <mbliss@lcmbuilders.com>
Date: Thu, Nov 5, 2020 at 4:01 PM
Subject: Forced discrimination under the color of law


All,
This morning I attempted to negotiate(showing good faith) with the Anson co water dept's Chris Harrington and tried to
explain that without a written limitation of liability that I am possibly legally liable and without the no harm/hold harmless
clause, that I am leaving myself and subsequently the company and trust as well as farm exposed.

How can I refuse to pay employees, subcontractors, and other vendors.?
especially when Anson.co.water dpt.is fed by the bluettfalls watershed and is Federally subsidized
Anson co sells water to at least 3 other counties(to my knowledge)
There has been discussion about 5 (we are water rich county).
And brought to their attention my inability to pick and choose whom to pay
and when?
I just sent the business dumpster back to "waste connections" UNPAID! for the said same reason.

The State and country has not been elevated from the SOE (State of Emergency)
Neither the county, and to add insult to injury we are a small farm with livestock.

I having repeatedly brought the unlawful actions to all parties attention
I have therefore limited all of the counties as well as made the recipients
legally liable and without any immunity clauses sovereign or other and  the recipient having also lost any claim of
immunity making them personally liable.

All,
I will not become lawfully negligent under coerction by the misuse of or (under the color of law).

Without,  a Limited Liability Agremment between myself , the corperation I represent , as well as
clemency against charges of animal abuse, for water deprivation.

If the county will provide said doc's I will enter into an agreement for payment.
But I cannott accept and will accept a placation, of any type as well I will incurr no cost for any replacement.
of my property(Meters)and will reserve the right to bill the county for services rendered for repair of their illeagal action!
By advised again you (Anson co is under contention of a federal lawsuit) it will be filed if necessarily posthumously
The decision is whether to make it a class action or not.
There is no question as to the counties culpability, it has been documented, singed sealed and witnessed.
I am presently compiling the evidence proving that these transgressions are with malice of forthought;

And proving habitual.
It is starting to look alittle circumspect.
This is merley one more count of oppression under the color of law.
again proceed at your own risk,  having lost culpable deniability
To tip my hand this has all been ruled on by the higher courts, the bibliography, notes,cross references are Scotts
problem, you have been, informed, that is where mycopability ends: by law!


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

 Gmail

**Mark Bliss <marklcm56@gmail.com>**

## Picture0911201452_1.jpg
1 message

**Brandon Modlin** <brandonmodlin09@gmail.com>       Fri, Sep 11, 2020 at 3:36 PM
To: mbliss@lcmbuilders.com

Sent from my iPhone



**Picture0911201452_1.jpg**
87K

 Gmail

**Mark Bliss <marklcm56@gmail.com>**

## (no subject)
1 message

**Brandon Modlin** <brandonmodlin09@gmail.com>         Fri, Sep 11, 2020 at 3:36 PM
To: mbliss@lcmbuilders.com

Sent from my iPhone


**Picture0911201449_1.jpg**
113K

 Gmail

**Mark Bliss <marklcm56@gmail.com>**

## Picture0911201444_1.jpg
1 message

**Brandon Modlin** <brandonmodlin09@gmail.com>  Fri, Sep 11, 2020 at 3:36 PM
To: mbliss@lcmbuilders.com

Sent from my iPhone



**Picture0911201444_1.jpg**
129K

What is worse is I told her in open court that my life is at risk.
Even being in wadesboro, surrounded by the very police that have illegally raided my private posted property, threaten to kill me etc. on three separate occassions without a warrent.
Expelled all three times, (lawfully).
4 men , 5 men , and 2 men and a lady, all without warrent or cause recorded on camera and witnessed.


I had the Anson county clerk of court(Hammond's an ex state patrol man and lumbee indian) recuse themselves and the ass. clerk Rhonda Sellers.
For illegally withholding my fathers will and estate and I must assume made an enemy


Then, it occured to me, I helped an old friend (recently passed) Benji Brassington.(Head of the hospital and town councilman)
Whom I helped put together a voting drive for(Landriec Reid an ex state patrol man and lumbee indian)for sheriff.
I do not believe in this much coincidence.


Also, where are my multiple FOIA requests sent by the e-commerce act(signed into law circu 99 by the first George Bush)
We are supposed to be finished killing trees by now.


All germain to my case, I can't defend myself without proper discovery, I espoused this in court, (nothing).
So as she(judge) had me arrested  I suggested that the judge call the Feds, I am a DOD (Dept. of Defense) contractor, Nada.
I am a religious zealot, I fear not.
Yet do not overly tempt thy lord


I guess people don't get killed by cops in her trailer park (they do in mine)  .
I come from a long line of police.
My grandfather was chief of the FOP (fraternal Order Of Police) nationwide for over 20 yrs before running for senate in Arz.
Again my father was top ten fugitive arrest holder in 1967 # 4  FBI most wanted, I am pro police.
But they go too far...
4. have been shot and killed by Anson co deputies in the last 2 yrs, to my knowledge.
one if which was retarted, useless overreach.


Problems:
#1.We were married in a private ceremony  before God , her and I  on 6/6/85 Monroe NC again for the grandparents on 7/7/89


#2. There was no number 5. Registered with the courts under (findings of fact )M/D inventory affidavits as presented to the courts)
At the time of my contact with the court (below).
Showing the deed of trust..her name only(non existent, or yet to be filed with the courts, per Wanda Harriss Clerk)
Who was contacted on nov. 3rd.(bibliography upon request).
I am not responsible to do my wifes attorneys job, I was sent the notice to answer the interrogatories on oct.28th



# LCM Builders, Inc.
## Roofing and General Contractor
### Ph: 800-329-8338

PO Box 299
Peachland, NC  28133
fax: 877-382-9238

This is a request under the Freedom of Information Act (5 U.S.C. §552).

I request that a copy of the following documents to provided to Att. In fact Mark Bliss Addy below.

I am willing to pay the appropriate fees for this request   up to a maximum of $250.00.  If you estimate that the fees will exceed this limit, please inform me first; by e-mail mbliss@lcmbuilders.com or cell phone 704-560-4374.

My cell phone number above can be used to contact me if necessary to discuss any aspect of my request.

Time is of the essence as this information needs to be received prior to contract award.

Sincerely,

Mark Bliss
PO Box 299
Peachland,  NC  28133
800-329-8338

HUB    NC & SC DOT DBE    SBE ~ WBE Certified    http://lcmbuilders.com    general@lcmbuilders.com

 **Gmail**

**Mark Bliss <marklcm56@gmail.com>**

## Continuance on the erroneous 70 rule pursuant to 20 CVD 552
1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                    Thu, Feb 17, 2022 at 2:01 PM
To: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, "Harris, Wanda"
<Wanda.Harris@nccourts.org>

This is a formal request for the above continuance, ALL is contingent upon....
Therefore..
I will be emailing you corroborating documentation, followed by hard copies per reg mail.
Thank you in advance.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

https://mail.google.com/mail/u/0/?ik=7de1d62c83&view=pt&search=all&permthid=thread...

on camera as well...hm...maybe this is why they have refused to honour my lawful ecommerce request?
See Att.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

On Thu, Feb 17, 2022 at 12:59 PM Mark Bliss <mbliss@lcmbuilders.com> wrote:
All,
Questions for the court
...........................................................................
Am I to be afforded my constitutional rights both National and State ?

Is this contempt order (att.) to be heard by the said same judge that has been shown to be biased against myself ?
And ruled unlawfully, this will not be business as usual.
If so...you have to be kidding, the conflict of interest is overwhelming.
I am attempting to attach a very minimal synopsis of legal breaches in which I am not being afforded my lawful rights of due process.
among a plethora of...

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

 Gmail                                 **Mark Bliss <marklcm56@gmail.com>**

# Re: FOIA

1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                              Thu, Feb 17, 2022 at 1:32 PM
To: Mark Bliss <mbliss@lcmbuilders.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, "Harris, Wanda"
<Wanda.Harris@nccourts.org>

Sorry again, (IT) handicapt.
I am going to att at the post office and send some of 5 file cabinets of corresponding proofs of
judicial malfeasance and general
Incompetence.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

On Thu, Feb 17, 2022 at 1:28 PM Mark Bliss <mbliss@lcmbuilders.com> wrote:
  Sorry, forthcoming.
  I must go to the post office to ensure proper scan/copy/email and registered mail of FOIA
  request.
  Because as you will see(Att.) I have been unlawfully denied said information, for years !
  I felt with the SOE (State Of Emergency) it was an overreach to ask but the tyranny goes on..
  So.. no choice.

  I need "A" a continuance in order to ascertain the extent of....
  "B" My FOIA's that have been continually and illegally denied to again show the extent of...and
  the classification of suit (Fed vs. State or both)

  "C" a change in venue, before the county kills me, I have deposed witnesses to said threats.

 Gmail                                              **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss
1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                              Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be
conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her
oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my
1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant
upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By
proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well as a Lumbee Indian, as does the
sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only
reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states
rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the
unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after
me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are Case 18-22 cve 00531 Fal substantial commonposition?Filed 09/27/22   Page 61 of 115

This is my third attempt at typing. I have lost 6 hours of fact 2wice.

Not an (IT) guy

But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

Ms. Dycus:

I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.

I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.

Thank you,

Whitney Scarborough



Whitney T. Scarborough

Attorney at Law

Scarborough Law, PLLC

107A East Wade Street

Wadesboro, NC 28170

704-694-4100

704-694-0126 (fax)

Board Certified Specialist: Social Security Disability

Also practicing family law, estate planning and estate administration

on camera as well...hm...maybe this is why they have refused to honour my lawful ecommerce request?
See Att.


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com


On Thu, Feb 17, 2022 at 12:59 PM Mark Bliss <mbliss@lcmbuilders.com> wrote:
All,
Questions for the court
........................................................................
Am I to be afforded my constitutional rights both National and State ?

Is this contempt order (att.) to be heard by the said same judge that has been shown to be biased against myself ?
And ruled unlawfully, this will not be business as usual.
If so...you have to be kidding, the conflict of interest is overwhelming.
I am attempting to attach a very minimal synopsis of legal breaches in which I am not being afforded my lawful rights of due process.
among a plethora of...

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C:

 Gmail

**Mark Bliss <marklcm56@gmail.com>**

## Re: FOIA
1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                    Thu, Feb 17, 2022 at 1:32 PM
To: Mark Bliss <mbliss@lcmbuilders.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, "Harris, Wanda"
<Wanda.Harris@nccourts.org>

Sorry again, (IT) handicapt.
I am going to att at the post office and send some of 5 file cabinets of corresponding proofs of
judicial malfeasance and general
Incompetence.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

On Thu, Feb 17, 2022 at 1:28 PM Mark Bliss <mbliss@lcmbuilders.com> wrote:
  Sorry, forthcoming.
  I must go to the post office to ensure proper scan/copy/email and registered mail of FOIA
  request.
  Because as you will see(Att.) I have been unlawfully denied said information, for years !
  I felt with the SOE (State Of Emergency) it was an overreach to ask but the tyranny goes on..
  So.. no choice.

  I need "A" a continuance in order to ascertain the extent of....
  "B" My FOIA's that have been continually and illegally denied to again show the extent of...and
  the classification of suit (Fed vs. State or both)

  "C" a change in venue before the county kids. ment have filed with esteged said threats.

 Gmail                                    **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss

1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                    Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be
conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her
oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my
1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant
upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By
proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well as a Lumbee Indian, as does the
sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only
reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states
rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the
unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after
me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 65 of 115

This is my third attempt at typing. I have lost 6 hours of fact 2wice.
Not an (IT) guy
But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

> Ms. Dycus:
>
> I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.
>
> I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.
>
> Thank you,
>
> Whitney Scarborough



Whitney T. Scarborough

Attorney at Law

Scarborough Law, PLLC

107A East Wade Street

Wadesboro, NC 28170

704-694-4100

704-694-0126 (fax)

Board Certified Specialist: Social Security Disability

Also practicing family law, estate planning and estate administration

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com


---------- Forwarded message ---------
From: **Mark Bliss** <mbliss@lcmbuilders.com>
Date: Thu, Jun 10, 2021 at 1:23 AM
Subject: Jurisprudence questions for Judge Wallace
To: LeAnn Martin <bleannmartin@gmail.com>


All,
I have well documented three separate occasions of illegal warrantless entry upon posted property with photos.
Witnessed, legally deposed, and on camera.
The officers in question were expelled all three times, (lawfully).
3 separate sets.
A 4 men squad and two sets of 3 .
While threatening me physically, threatening to kill my dog a $1000 (grand larceny)

The sheriffs dept. allowing the loading of my property on a dolly by someone, claiming (falsely ownership)
Of my property, because he said so...I expelled the entire mob.
Went back in the office, doing blueprints.
2 hours later it occurred to me, what were the so-called owners of my vehicle doing when I stopped the theft?

Winching a car on a dolly (a car titled to the trust of which I am primary trustee),
I opened the back of the expedition (purchased from a bank pres. silent partner (who owns a car lot).
For which I do repo work for (LCM trust is a NC/ DOT cert yard).

And lo and behold my fathers tools(engraved with his initials) my brand new $220 battery charger..(all recorded on camera).
Now the Anson county sheriff is complicit in grand larceny under the color of law.


The whole county knows by repeated e-commerce notice, of my awaiting FOIA to ascertain the extent of charges(class action) my personal leaning.
The Anson County Sheriffs have killed at least 2 mentally challenged people in Peachland NC this year. documented!
Needlessly, jack booted thugs.

They(ACSD) were complicit in grand larceny, deprivation of my civil rights, without extenuating circumstances,
No probable cause.
The fact that I am not dead is because of copias cameras, why was I not arrested ?

Groundless, when I on the second occurence told the magistrate that I was on the way to charge the officers for illegal entry.

I was informed by Ms, Scarboro (magistrate) that she would have to check with Landric Reed (sheriff)to see if he would allow such.

Fulfilling the third and final criteria for a Federal suite.

Should I be in fear for my life? yes

However I am practicing my constitutional bill of rights, ...ad naseu...
Should I ask for a change of venue?
I am entitled.
I have 20 years of proof of transgressions under the color of law, utter tyranny.
I can and will show (unless killed a distinct possibility).

There is no intent on my part to go into the night quietly.

This being a civil matter does not change my civil rights to redress my government.

The Federal suit takes precedence, in my opinion this freedom of religion (biblical).
I have 5 file cabinets on this travesty of liberty, I do not intend to tip my proverbial hand until discovery.

I could go on for days...of what the county has done, including this equ. distribution, it is all in the trust of which I was primary .
But I can not afford to alienate the court.
Help please, I throw myself on the mercy of the court.!
I will bring to court that which I can.

 **Gmail**                                       **Mark Bliss <marklcm56@gmail.com>**

# Re: Moore v. Bliss

1 message

**Mark Bliss** <mbliss@lcmbuilders.com>              Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,

I am moving to have this travesty of a judgement vacated; this mutual distribution is to be conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my 1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well as a Lumbee Indian, as does the sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

https://mail.google.com/mail/u/0/?ik=7de1d62c83&view=pt&search=all&permthid=thread-f%3A1724749530085460444%7C...

 Gmail                                         **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss

1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                              Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my 1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well a Lumbee Indian, as does the sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

This is my third attempt at typing. I have lost 6 hours of fact 2wice.
Not an (IT) guy
But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

> Ms. Dycus:
>
>
> I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced
> matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule
> 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70
> motion.
>
>
> I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 69 of 115

 **Gmail**                                                    **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss

1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                                    Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my 1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well a Lumbee Indian, as does the sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself,  wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

This is my third attempt at typing. I have lost 6 hours of fact 2wice.
Not an (IT) guy
But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

Ms. Dycus:


I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.


I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.

 Gmail　　　　　　　　　　　　　　**Mark Bliss <marklcm56@gmail.com>**

# Re: Moore v. Bliss

1 message

**Mark Bliss** <mbliss@lcmbuilders.com>　　　　　　　　　Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be
conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her
oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my
1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant
upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By
proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well as a Lumbee Indian, as does the
sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only
reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states
rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the
unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after
me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

https://mail.google.com/mail/u/0/?ik=7da1d62a83&view=pt&search=all&permthid=thread-f%3A1724740520085460444%7Cmsg-a%3A...

 **Gmail**                                                         **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss
1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                                    Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my 1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well as a Lumbee Indian, as does the sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give me the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

This is my third attempt at typing. I have lost 6 hours of fact 2wice.
Not an (IT) guy
But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

    Ms. Dycus:

    I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.

    I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.

This is my third attempt at typing. I have lost 6 hours of fact 2wice.

Not an (IT) guy

But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com>
wrote:

> Ms. Dycus:
>
>
> I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on
> the above referenced matter. My client requests additional time to prepare for trial after the
> judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the
> ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.
>
>
> I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on
> notice of my intention to do.
>
>
> Thank you,
>
> Whitney Scarborough
>
>
> 
>
> Whitney T. Scarborough
>
> Attorney at Law
>
> Scarborough Law, PLLC
>
> 107A East Wade Street
>
> Wadesboro, NC 28170
>
> 704-694-4100
>
> 704-694-0126 (fax)
>
> Board Certified Specialist: Social Security Disability
>
> Also practicing family law, estate planning and estate administration

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

http://lcmbuilders.com

---------- Forwarded message ---------
From: **Mark Bliss** <mbliss@lcmbuilders.com>
Date: Thu, Jun 10, 2021 at 1:23 AM
Subject: Jurisprudence questions for Judge Wallace
To: LeAnn Martin <bleannmartin@gmail.com>

All,
I have well documented three separate occasions of illegal warrantless entry upon posted property with photos.
Witnessed, legally deposed, and on camera.
The officers in question were expelled all three times, (lawfully).
3 separate sets.
A 4 men squad and two sets of 3 .
While threatening me physically,  threatening to kill my dog a $1000  (grand larceny)

The sheriffs dept. allowing the loading of my property on a dolly by someone, claiming (falsely ownership)
Of my property, because he said so...I expelled the entire mob.
Went back in the office, doing blueprints.
2 hours later it occurred to me,  what were the so-called owners of my vehicle doing when I stopped the theft?

Winching a car on a dolly (a car titled to the trust of which I am primary trustee),
I opened the back of the expedition (purchased from a bank pres. silent partner (who owns a car lot),
For which I do repo work for (LCM  trust is a NC/ DOT cert yard).

And lo and behold my fathers tools(engraved with his initials) my brand new $220 battery charger..(all recorded on camera),
Now the Anson county sheriff is complicit in grand larceny under the color of law.

The whole county knows by repeated e-commerce notice, of my awaiting FOIA to ascertain the extent of charges(class action) my personal leaning.
The Anson County Sheriffs have killed at least 2 mentally challenged people in Peachland NC this year, documented!
Needlessly, jack booted thugs.

They(ACSD) were complicit in grand larceny, deprivation of my civil rights, without extenuating circumstances,
No probable cause,
The fact that I am not dead is because of copias cameras, why was I not arrested ?

Groundless, when I on the second occurence told the magistrate that I was on the way to charge the officers for illegal entry.

I was informed by Ms, Scarboro (magistrate) that she would have to check with Landric Reed (sheriff)to see if he would allow such.

Fulfilling the third and final criteria for a Federal suite.

Should I be in fear for my life? yes

However I am practicing my constitutional bill of rights, ...ad naseu...
Should I ask for a change of venue?
I am entitled.
I have 20 years of proof of transgressions under the color of law, utter tyranny.
I can and will show (unless killed a distinct possibility).

There is no intent on my part to go into the night quietly.

This being a civil matter does not change my civil rights to redress my government.

The Federal suit takes precedence, in my opinion this freedom of religion`(biblical).
I have 5 file cabinets on this travesty of liberty, I do not intend to tip my proverbial hand until discovery.

I could go on for days...of what the county has done, including this equ. distribution, it is all in the trust of which I was primary .
But I can not afford to alienate the court.
Help please, I throw myself on the mercy of the court.!
I will bring to court that which I can.

 **Gmail**                                          **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss
1 message

**Mark Bliss <mbliss@lcmbuilders.com>**                                          Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my 1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well a Lumbee Indian, as does the sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

This is my third attempt at typing. I have lost 6 hours of fact 2wice.
Not an (IT) guy
But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

Ms. Dycus:


I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.

I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 75 of 115

 **Gmail**                     **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss
1 message

**Mark Bliss <mbliss@lcmbuilders.com>**            Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my 1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well as a Lumbee Indian, as does the sitting  Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

This is my third attempt at typing. I have lost 6 hours of fact 2wice.
Not an (IT) guy
But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

Ms. Dycus:


I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.

I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.

 Gmail                                    **Mark Bliss <marklcm56@gmail.com>**

## Re: Moore v. Bliss
1 message

**Mark Bliss** <mbliss@lcmbuilders.com>                    Mon, Feb 14, 2022 at 1:59 PM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>
Cc: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, Mark Bliss <mbliss@lcmbuilders.com>
Bcc: LeAnn Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>

All,
I am moving to have this travesty of a judgement vacated; this mutual distribution is to be
conjoined, and all germain.
I have stood in open court and invoked setc. 25 NC constitution, trial by jury.
There are no exigent circumstances,
Judge Wallace should be removed for continually denying my civil rights as well abdication of her
oath.

Making herself complicit in Fed code 1983 deprivation of civil rights, by incarcerating me for my
1rst add freedom of speech.
I said Damn 2wice once after her warning, far from, fire in a crowded theater.
with the very police that have on multiple occasions threatened my life, (witnessed and deposed)

Conspiracy under the color of law US Code 241 and 242 call up to the death penalty dependant
upon...collateral..
And does not require the direct correlation of...however do you really think...
I had the Anson CC recuse himself after illegally attempting to defraud me of my inheritance By
proofing a will(unlawful).
He happens to be a retired Highway state patrolman as well as a Lumbee Indian, as does the
sitting Anson co sheriff.
Hm... Hm..Stranger and stranger.
3 separate raids, all lawfully dispelled, with no extingent circumstances(warrantless),the only
reason I am alive is cameras.
it was retaliatory, she did not like the fact that I produced the USSC ruling showing the states
rent moratorium as unlawful.
And intoned that now the state owes myself and trusts properties a min of 60 k more.
and are complicit in defrauding myself, wife and trustees.
The county has seized and sold property while preventing me from collecting the rents to pay the
unserverved notice of sale.
Also she (judge wallace) directly endangered my life by incarcerating me in the ason co jail.(after
me showing 3 illegal raids)
Btw she refused to give me an additional continuance, though I am entitled.
Where are My FOIA's ? All germain !
Where are my transcripts as provided by statute and my tax money?
I need them for discovery!
She refused to give the additional continuance even though given repeated notice of....
Where are my HIPAA records that substantiate my position?

https://mail.google.com/mail/u/0/?ik=7de1d62c83&view=pt&search=all&permthid=thread-f%3A1724749530085469444%7Cmsg-a%3Ar256090772545...   1/2

This is my third attempt at typing. I have lost 6 hours of fact 2wice.

Not an (IT) guy

But I have enough legal to own the state of NC though not naive enough to think...

On Mon, Feb 14, 2022 at 9:35 AM Whitney T. Scarborough <whitney@scarborough-law.com> wrote:

Ms. Dycus:

I'm writing to request a continuance of the trial on equitable distribution scheduled for 2/24 on the above referenced matter. My client requests additional time to prepare for trial after the judicial deeds are considered on 2/24 in her Rule 70 motion. This will be the first setting of the ED trial. I'm NOT requesting a continuance of hearing on my rule 70 motion.

I'll plan to make this motion before the court orally on 2/24 but wanted to put Mr. Bliss on notice of my intention to do.

Thank you,

Whitney Scarborough



Whitney T. Scarborough

Attorney at Law

Scarborough Law, PLLC

107A East Wade Street

Wadesboro, NC 28170

704-694-4100

704-694-0126 (fax)

Board Certified Specialist: Social Security Disability

Also practicing family law, estate planning and estate administration

---------- Forwarded message ---------
From: **Mark Bliss** <marklcm56@gmail.com>
Date: Mon, Sep 19, 2022 at 8:48 AM
Subject: Re: deeds
To: Whitney T. Scarborough <whitney@scarborough-law.com>
Cc: Mark Bliss <mbliss@lcmbuilders.com>, Lynn Moore (Work) <mastiffbliss@gmail.com>


All, I have appealed.
And await date
 FYI I am forced to sue Anson co. under 1983 deprivation of civil liberties specifically conspiracy.
Pls advise.
In the interim All government actors are to stay off alltrust properties this is your lawfull notice

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com


On Mon, Sep 19, 2022 at 7:50 AM Whitney T. Scarborough <whitney@scarborough-law.com>
wrote:

> Mr. Bliss:
>
>
> Please contact me to schedule a time to sign the deeds pursuant to the court order.
>
>
> Thank you,
>
> Whitney Scarborough

NORTH CAROLINA

ANSON COUNTY

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
20CVD552

LYNN BLISS
    Plaintiff

VS

MARK BLISS

    Defendant

)
)
)
)
)
)
)
)
)
)

ORDER FOR
EVAULATION

BY LYNN    ANSOH COUNTY, C.S.C.    2022 JUL -7 A 8 37    FILED

THIS CAUSE coming in front of the COURT on pre-trial motions and for a hearing on the equitable distribution of property, but which matter had to be continued due to multiple issues, this COURT does ISSUE THE FOLLOWING:

TO MARK BLISS:

The defendant is the above captioned case is ordered to submit himself to Daymark, 704 Old Lilesville Rd, Wadeshoro, NC 28170 on the __14th__ day of __July__, 2022 at __10:30am__.

TO DAYMARK RECOVERY SERVICES OF ANSON COUNTY:

The undersigned District Court Judge Orders that the above-named defendant be examined to determine whether the defendant is incompetent under Rule 17 of the North Carolina General Statute and whether by reason of mental illness or defect the defendant is unable to understand the nature and object of the proceedings against the defendant, to comprehend his/her own situation in reference to the proceedings, or to assist in his/her defense in a rational or reasonable manner. The specific conduct that leads the moving party to question the defendant's capacity to proceed is as follows:

The defendant is representing himself in proceedings for equitable distribution of property between he and his estranged wife. In multiple hearings, defendant insist that he does not own any property with his wife and instead the property is owned by "a trust." The defendant does not offer information about how the trust was set up, does not provide any paperwork, and cannot tell the Court any more information about the trust. The defendant tends to imply that there are conspiracies as it relates to judges, law enforcement, and all other government actors. Defendant has accused the elected sheriff of trying to have him killed. Defendant is often openly hostile to bailiffs and the Court.

While this Court has not read all emails sent by the defendant, the defendant has filed numerous emails he has sent to the opposing party. In the emails, defendant says if someone comes to his

home to try and inspect it or value it for Court purposes, that the result would be like "Waco," a direct reference to the seize and standoff in Waco Texas between the Branch Davidians and the United States military.

Defendant, in prior hearings, has agreed to sign paperwork to sell property; then defendant refuses to sign said documents. In multiple hearings, defendant has told the Court that mortgages are illegal or unenforceable and therefore his house cannot have a mortgage.

The Court Orders that: 1. One or more Forensic Evaluators of the Local Management Entity named below, certified by the North Carolina Forensic Services, shall screen the defendant within seven (7) days after receiving this Order and determine the questions set forth in the motion.

2. The Area Director of the Local Management Entity shall cause a written report of findings and recommendations to be submitted to the Court. It shall be sent to: Richmond County District Court Judge's Office, 105 W. Franklin Street, Rockingham NC 28379.

3. If the screening examination reveals a need for evaluation by a medical expert which can be done at the Local Management Entity, the evaluator shall arrange for this evaluation and notify the Clerk of Superior Court in writing. The medical expert's evaluation summary shall be transmitted to the Court in the manner described later in this Order.

4. The Order required by items 2 and 3 of this report shall be transmitted to the Court in the following manner: (a) A brief covering statement (containing only the facts of the examination and any conclusions) shall be prepared in duplicate and enclosed in an envelope addressed to the Clerk of Superior Court in this county. (b) Three copies of the complete report shall be prepared. Two copies are to be enclosed in a separate sealed envelope addressed to the attention of the undersigned Judge and marked "confidential," one copy is to be forwarded to defense counsel, or to the defendant, if the defendant is not represented by counsel. (c) The envelope containing the covering statement and the sealed envelope addressed to the Judge shall be enclosed in a larger envelope which shall be addressed to the Clerk of Superior Court of this county. All envelopes shall show the file number of the case. (d) The Clerk shall open and file the covering statement with the Court file. The complete report shall be retained unopened in the envelope addressed to the undersigned Judge until requested by the Court.

SIGNED THIS 6TH DAY OF JULY 2022.

Cheyenne Wallace
District Court Judge 16A

Whom had taken and sold property for back taxes while not allowing me to collect or evict.

and are holding the Money whithout disclosure, what when, where and how?Where's the trusts $

Also, this cast an askew glance at the service(that never occurred)on a piece of trust property for notice of sale.

I never got it, but the sheriff signed the green service card, no such service ever occured!

Why would I assume that the Anson co sheriff can break and enter on 3 separate occasions without a warrent nor exigent circumstances,

and yet not knock onthe door yet the card said signed the back of the card as delivered

---

Point # 3

in open court I asked her to recuse herself for bias, she scratched her temple and said "no I have decided that I am not bias"

So that's how that works....Hm....After jailing me for contempt, I said "damn" 2wice, once after being warned.

As all know very hard when your wife is telling lies on you in open court, (yet still far from "Fire in a crowded theater")

As I intoned to her at the time, it was a cheap attempt at recompense, because I do not respect her authority(non existent).

She works for "we the people" and has the authority we allow.

And as proof, she has broken the law...continuously(one may not legislate from the bench).

Furthermore, Judge wallace berated me in open court accusing me of racial prejudice (see transcripts)

I am a Federal compliance Officer, who works for a MBE/DBE/DV/ with every cert known and I am going to put it in writing....

Yeah, right!

As I espoused (in open court: see transcripts) after her comment, she alluded to the use of "Lumbee Indian" remarks in an email.

I told her in court to take that up with the FED for they had given the Lumbee Indian tribe national status.

And it correlates to the fact that the Clerk of court Mr.Hammonds happens to be both a Lumbee indian and retired NC SHP

Who hated one of my business benefactors.

As is the new Sheriff Landric Reid(both) a Lumbee Indian and SHP.....Conspiracy under U.S.C.241 does not require any such direct correlat

And has been forced to recuse himself and his ass. clerk Rhonda Sellers(name) for unlawfully withholding my deceased fathers estate.

Still unreconciled and has already cost myself and trusts in the area of 100K and is but 1 of 57 charges pending in my U.S.C.241 Deprivatior civil rights

Suit, in which I await the FOIA's to determine the extent of damages and....

---

Point # 4

The defendant tends to imply "conspiracies" as related to judges(whole cloth),I never mentioned judges until now.

Myself and almost every judge get along famously.

I and retired, 25 yr. superior court judge "Bill Helms" Monroe NC, sued Devere const. into bankruptcy in 17 (guys that walked off hwy 74 widening project)

The defendant tends to imply "conspiracies" as related to Law enforcement (true or so say my cameras and multiple witnesses) all (LE) approximately (15) all anson co sheriff's.and are complicit in attempted grand larceny(I have photos of my property hidden in the back of a tr vehicle that the deputies had allowed these grifters to put on a dolly and were attempting to drive away with when I evicted all parties, from tl premises

I await FOIA, for names, body cam, 911 tapes etc and incidence reports.

3 seperate incursions(all warrantless and without probable cause nor exigent circumstances)

All expelled lawfully, and yes they threatened my life.

---

Point # 5 :openly hostile to bailiffs and the court, Really?

Pls. see transcripts one of the bailiffs got adversarial when I refused to stand in honour of the administrator.

1rst admin, my right to freedom of religion precludes the putting on of airs, we have no royalty in america and as I intoned I have had back surgery

in 97 and am not the man of my youth and offered the court speaking loudly and staying seated, in order to not possibly foul myself.

Also, I am exempt from the mask order per the governor orders, and she (the judge) chose to become offended and made me sit in the hall after making disparaging remark about me "WE all know about Mr. bliss" attempting to shame me out of my constitutional guarrentees

Again nothing but contempt for a Pro se' (that is a hint young judge, there is a war ongoing between the British accreditation Registry and....'

Proceed at your own risk !

Let me add she accused me (in open court) of threatening her.

Is she medicated? or should she be?

_____

Point # 6 : "The defendant has filed numerous emails to the opposing party"

Yes,  guilty it is called open and full disclosure and it is unlawful not to do so!

The same attorney(whitney Scarboro)under study maybe),and I use the term loosely says "the court has not read all the numerous emails se by the defendant"

Openly admitting to dereliction of duty by  not reading stamped, filed, germaine documents(and the judge signed it (making her complicit)

Point # 7 the judge had me locked away with the very sheriff that I have documented and witnessed attempts to kill me.

After telling her the issue, and as I intoned for her to call in the Federal marshal's office(that I had no fear of) . I am DOD.

Point # 8 ordered a mental health evaluation: her (judge) abuse of the tragic times we live in....

I could go voluntarily or...involuntarily (committed)

Do you know the size of the file Homeland sec. has on me?

BTW, do you want to call mi...nevermind they hold private matters in disdain.

Would you like a copy of my Rapid gate pass or the #'s upon request

or Fort Bragg ID?

Can you read redacted?

Would you like me to read or send you all 75 pages of high court (state supreme court and U.S.S.C.)rulings on "a treatise on arrest and false imprisonment"?

Because I rightly told my wife that she was attempting to cause another WACO(though I do not think she had anything to do with this.)

You see I am DOD, a DOD rapid gate pass holder I am att.in fact and primary agent for LCM Builder Inc. An all but unclassified builder.

Meaning I hold nearly every license available in construction multi-state and part of the CCR/SAMS worldwide for 28 yrs.

My wife did not understand why the guards nearly dropped the M-16's in order to salute, stammer and stutter.

All I could go on for days and only scratch the 5 file cabinets of atrocities  I have on Anson co.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

On Thu, Aug 11, 2022 at 1:52 PM Mark Bliss <marklcm56@gmail.com> wrote:

Where are my FOIA's I can not move forward without them and I will still need ample time to investigate

Point # 1
Patently untrue, not only am I lawfully precluded from being forced to disclose any information on the trust but...
not only did I communicate that for the record In open court(verifiable by transcripts) the name date and originating town attorney that drew up the trust
By law it is in the name by NC Statute(required) and I offered its FICA.

Equally, I offered the att. in facts name and address and espoused in open court that it is its own legal entity,
and if the court wishes further disclosure that they may have the trust served, however it is a private trust not public and has all 4th adm. rights to priva

I could possibly disclose that I was married to a celebrity and was part of a Christain Cult as a minor and cleaned up upon dissolution of the marriage
and that I possibly birthed a child at home at the age of 15, but It might be all sealed as I was a minor child.
and none of this was accrued during our marriage.
However that is all supposition and I can not be forced to disclose anything...

No one's spouse would lie during a divorce, would they?
Especially after all the drug abuse, I held her DPOA, and have 2,000 + emails corroborating my position (her open admission).and pics of drugs I found
after her abandonment.
I have her suicide note, and she mine, should the other ever need to put the other spouse down.
Want to see it?

---

Point # 2

I challenged the court's jurisdiction in open court for the record (see transcripts).

It has none, it had a duty to inquire, it did not as stated above I am constitutionally protected from forced disclosure.

The judge informed me that she has jurisdiction(she does not, I entered my objection, I will not argue).

Trust law is a different animal.

Actually, the judge (Wallace) was angered when I introduced in open court the U.S.S.C ruling no 21A23 44 pgs. showing it unconstitutional

for Anson co to put a rent moratorium on the auspices of the WHO (world Health Org) costing me an additional 60 K

and I misspoke and told her she was liable, I then recanted and apologized and properly intoned the issue to Anson co.

Whom had taken and sold property for back taxes while not allowing me to collect or evict.

and are holding the Money whithout disclosure, what when, where and how?Where's the trusts $

Also, this cast an askew glance at the service(that never occurred)on a piece of trust property for notice of sale.

I never got it, but the sheriff signed the green service card, no such service ever occured!

Why would I assume that the Anson co sheriff can break and enter on 3 separate occasions without a warrent nor exigent circumstances.

and yet not knock onthe door yet the card said signed the back of the card as delivered

---

Point # 3

in open court I asked her to recuse herself for bias, she scratched her temple and said "no I have decided that I am not bias"

So that's how that works....Hm....After jailing me for contempt, I said "damn" 2wice, once after being warned.

As all know very hard when your wife is telling lies on you in open court, (yet still far from "Fire in a crowded theater")

As I intoned to her at the time, it was a cheap attempt at recompense, because I do not respect her authority(non existent).

She works for "we the people" and has the authority we allow.

And as proof, she has broken the law...continuously(one may not legislate from the bench).

Furthermore, Judge wallace berated me in open court accusing me of racial prejudice (see transcripts)

I am a Federal compliance Officer, who works for a MBE/DBE/DV/ with every cert known and I am going to put it in writing....

Yeah, right!

As I espoused (in open court: see transcripts) after her comment, she alluded to the use of "Lumbee Indian" remarks in an email.

I told her in court to take that up with the FED for they had given the Lumbee Indian tribe national status.

And it correlates to the fact that the Clerk of court Mr.Hammonds happens to be both a Lumbee indian and retired NC SHP

Who hated one of my business benefactors.

As is the new Sheriff Landric Reid(both) a Lumbee Indian and SHP.....Conspiracy under U.S.C.241 does not require any such direct correlation.

And has been forced to recuse himself and his ass. clerk Rhonda Sellers(name) for unlawfully withholding my deceased fathers estate.

Still unreconciled and has already cost myself and trusts in the area of 100K and is but 1 of 57 charges pending in my U.S.C.241 Deprivation of civil rig

Suit, in which I await the FOIA's to determine the extent of damages and....

_____

Point # 4

The defendant tends to imply "conspiracies" as related to judges(whole cloth).I never mentioned judges until now.

Myself and almost every judge get along famously.

I and retired, 25 yr. superior court judge "Bill Helms" Monroe NC, sued Devere const. into bankruptcy in 17 (guys that walked off hwy 74 widening proj

The defendant tends to imply "conspiracies" as related to Law enforcement (true or so say my cameras and multiple witnesses) all (LE) approximately (15) all anson co sheriff's.and are complicit in attempted grand larceny(I have photos of my property hidden in the back of a trust vehicle that the deput had allowed these grifters to put on a dolly and were attempting to drive away with when I evicted all parties, from the premises

I await FOIA, for names, body cam, 911 tapes etc and incidence reports.

3 seperate incursions(all warrantless and without probable cause nor exigent circumstances)

All expelled lawfully, and yes they threatened my life.

_____

Point # 5 :openly hostile to bailiffs and the court, Really?

Pls. see transcripts one of the bailiffs got adversarial when I refused to stand in honour of the administrator.

1rst admin, my right to freedom of religion precludes the putting on of airs, we have no royalty in america and as I intoned I have had back surgery

in 97 and am not the man of my youth and offered the court speaking loudly and staying seated, in order to not possibly foul myself.

Also, I am exempt from the mask order per the governor orders, and she (the judge) chose to become offended and made me sit in the hall

after making disparaging remark about me "WE all know about Mr. bliss" attempting to shame me out of my constitutional guarrentees

Again nothing but contempt for a Pro se' (that is a hint young judge, there is a war ongoing between the British accreditation Registry and....)

Proceed at your own risk !

Let me add she accused me (in open court) of threatening her.

Is she medicated? or should she be?

_____

Point # 6 : "The defendant has filed numerous emails to the opposing party"

Yes, guilty it is called open and full disclosure and it is unlawful not to do so!

The same attorney(whitney Scarboro)under study maybe),and I use the term loosely says "the court has not read all the numerous emails sent by the defendant"

Openly admitting to dereliction of duty by not reading stamped, filed, germaine documents(and the judge signed it (making her complicit)

Point # 7 the judge had me locked away with the very sheriff that I have documented and witnessed attempts to kill me.

After telling her the issue, and as I intoned for her to call in the Federal marshal's office(that I had no fear of) . I am DOD.

Point # 8 ordered a mental health evaluation: her (judge) abuse of the tragic times we live in....

I could go voluntarily or...involuntarily (committed)

Do you know the size of the file Homeland sec. has on me?

BTW, do you want to call mi...nevermind they hold private matters in disdain.

Would you like a copy of my Rapid gate pass or the #'s upon request

or Fort Bragg ID?

Can you read redacted?

Would you like me to read or send you all 75 pages of high court (state supreme court and U.S.S.C.)rulings on "a treatise on arrest and false imprisonment"?

Because I rightly told my wife that she was attempting to cause another WACO(though I do not think she had anything to do with this.)

You see I am DOD, a DOD rapid gate pass holder I am att.in fact and primary agent for LCM Builder Inc. An all but unclassified builder.

Meaning I hold nearly every license available in construction multi-state and part of the CCR/SAMS worldwide for 28 yrs.

My wife did not understand why the guards nearly dropped the M-16's in order to salute, stammer and stutter.

All I could go on for days and only scratch the 5 file cabinets of atrocities I have on Anson co.


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

http://lcmbuilders.com

On Thu, Aug 11, 2022 at 1:52 PM Mark Bliss <marklcm56@gmail.com> wrote:

Where are my FOIA's I can not move forward without them and I will still need ample time to investigate

Point # 1
Patently untrue, not only am I lawfully precluded from being forced to disclose any information on the trust but...
not only did I communicate that for the record In open court(verifiable by transcripts) the name date and originating town attorney that drew up the trust
By law it is in the name by NC Statute(required) and I offered its FICA.

Equally, I offered the att. in facts name and address and espoused in open court that it is its own legal entity,
and if the court wishes further disclosure that they may have the trust served, however it is a private trust not public and has all 4th adm. rights to priva

I could possibly disclose that I was married to a celebrity and was part of a Christain Cult as a minor and cleaned up upon dissolution of the marriage
and that I possibly birthed a child at home at the age of 15, but It might be all sealed as I was a minor child.
and none of this was accrued during our marriage.
However that is all supposition and I can not be forced to disclose anything...

No one's spouse would lie during a divorce, would they?
Especially after all the drug abuse, I held her DPOA, and have 2,000 + emails corroborating my position (her open admission).and pics of drugs I found
after her abandonment.
I have her suicide note, and she mine, should the other ever need to put the other spouse down.
Want to see it?

Point # 2

I challenged the court's jurisdiction in open court for the record (see transcripts).

It has none, it had a duty to inquire, it did not as stated above I am constitutionally protected from forced disclosure.

The judge informed me that she has jurisdiction(she does not, I entered my objection, I will not argue).

Trust law is a different animal.

Actually, the judge (Wallace) was angered when I introduced in open court the U.S.S.C ruling no 21A23 44 pgs. showing it unconstitutional

for Anson co to put a rent moratorium on the auspices of the WHO (world Health Org) costing me an additional 60 K

and I misspoke and told her she was liable, I then recanted and apologized and properly intoned the issue to Anson co.

Whom had taken and sold property for back taxes while not allowing me to collect or evict.

and are holding the Money whithout disclosure, what when, where and how?Where's the trusts $

Also, this cast an askew glance at the service(that never occurred)on a piece of trust property for notice of sale.

I never got it, but the sheriff signed the green service card, no such service ever occured!

Why would I assume that the Anson co sheriff can break and enter on 3 separate occasions without a warrent nor exigent circumstances.

and yet not knock onthe door yet the card said signed the back of the card as delivered

Point # 3

in open court I asked her to recuse herself for bias, she scratched her temple and said "no I have decided that I am not bias"

So that's how that works....Hm....After jailing me for contempt, I said "damn" 2wice, once after being warned.

As all know very hard when your wife is telling lies on you in open court, (yet still far from "Fire in a crowded theater")

As I intoned to her at the time, it was a cheap attempt at recompense, because I do not respect her authority(non existent).

She works for "we the people" and has the authority we allow.

And as proof, she has broken the law...continuously(one may not legislate from the bench).

Furthermore, Judge wallace berated me in open court accusing me of racial prejudice (see transcripts)

in 97 and am not the man of my youth and offered the court speaking loudly and staying seated, in order to not possibly foul myself.

Also, I am exempt from the mask order per the governor orders, and she (the judge) chose to become offended and made me sit in the hall after making disparaging remark about me "WE all know about Mr. bliss" attempting to shame me out of my constitutional guarrentees

Again nothing but contempt for a Pro se' (that is a hint young judge, there is a war ongoing between the British accreditation Registry and....)

Proceed at your own risk !

Let me add she accused me (in open court) of threatening her.

Is she medicated? or should she be?

_____

Point # 6 : "The defendant has filed numerous emails to the opposing party"

Yes, guilty it is called open and full disclosure and it is unlawful not to do so!

The same attorney(whitney Scarboro)under study maybe),and I use the term loosely says "the court has not read all the numerous emails se by the defendant"

Openly admitting to dereliction of duty by not reading stamped, filed, germaine documents(and the judge signed it (making her complicit)


Point # 7 the judge had me locked away with the very sheriff that I have documented and witnessed attempts to kill me.

After telling her the issue, and as I intoned for her to call in the Federal marshal's office(that I had no fear of) . I am DOD.


Point # 8 ordered a mental health evaluation: her (judge) abuse of the tragic times we live in....

I could go voluntarily or...involuntarily (committed)

Do you know the size of the file Homeland sec. has on me?

BTW, do you want to call mi...nevermind they hold private matters in disdain.

Would you like a copy of my Rapid gate pass or the #'s upon request

or Fort Bragg ID?

Can you read redacted?

Would you like me to read or send you all 75 pages of high court (state supreme court and U.S.S.C.)rulings on "a treatise on arrest and false imprisonment"?

Because I rightly told my wife that she was attempting to cause another WACO(though I do not think she had anything to do with this.)

You see I am DOD, a DOD rapid gate pass holder I am att.in fact and primary agent for LCM Builder Inc. An all but unclassified builder.

Meaning I hold nearly every license available in construction multi-state and part of the CCR/SAMS worldwide for 28 yrs.

My wife did not understand why the guards nearly dropped the M-16's in order to salute, stammer and stutter.

All I could go on for days and only scratch the 5 file cabinets of atrocities I have on Anson co.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

## II Answer's to the commitment order    Inbox



**Mark Bliss** <marklcm56@gmail.com>                                    Aug 11, 2022, 1:52 PM (1 day ago)
to Mark, me

Questions for the judge?

Where are my FOIA requests, Multiple they county att. and city att.

I can not move forward without them and I will still need ample time to investigate.

They have had them for over a year, (I have registered mail RRR) all germain and esculpitory.?

I will need a continuance as well as a change of venue.

I can and have corroborated every allegation by camera or deposition and witnessed.


Also, may any party intone untruths(lie) into the public registered record?


Point # 1

Patently untrue, not only am I lawfully precluded from being forced to disclose any information on the trust but...
not only did I communicate that for the record In open court(verifiable by transcripts) the name date and originating town attorney that drew u
the trust.
By law it is in the name by NC Statute(required) and I offered its FICA.

Equally, I offered the att. in facts name and address and espoused in open court that it is its own legal entity,
and if the court wishes further disclosure that they may have the trust served, however it is a private trust not public and has all 4th adm. rig
to privacy.

I could possibly disclose that I was married to a celebrity and was part of a Christain Cult as a minor and cleaned up upon dissolution of the
marriage
and that I possibly birthed a child at home at the age of 15, but It might be all sealed as I was a minor child.
and none of this was accrued during our marriage.
However that is all supposition and I can not be forced to disclose anything...

No one's spouse would lie during a divorce, would they?
Especially after all the drug abuse, I held her DPOA, and have 2,000 + emails corroborating my position (her open admission).and pics of dr
I found after her abandonment.
I have her suicide note, and she mine, should the other ever need to put the other spouse down.
Want to see it?


---------------------------------------------------------------------------------------------------------------------------------

Point # 2

I challenged the court's jurisdiction in open court for the record (see transcripts).

It has none, it had a duty to inquire, it did not as stated above I am constitutionally protected from forced disclosure.

The judge informed me that she has jurisdiction(she does not, I entered my objection, I will not argue).

Trust law is a different animal.

Actually, the judge (Wallace) was angered when I introduced in open court the U.S.S.C ruling no 21A23  44 pgs. showing it unconstitutional

for Anson co to put a rent moratorium  on the auspices of the WHO (world Health Org) costing me an additional  60 K

and I misspoke and told her she was liable, I then recanted and apologized and properly intoned the issue to Anson co.

I am a Federal compliance Officer, who works for a MBE/DBE/DV/ with every cert known and I am going to put it in writing....

Yeah, right!

As I espoused (in open court: see transcripts) after her comment, she alluded to the use of "Lumbee Indian" remarks in an email.

I told her in court to take that up with the FED for they had given the Lumbee Indian tribe national status.

And it correlates to the fact that the Clerk of court Mr.Hammonds happens to be both a Lumbee indian and retired NC SHP

Who hated one of my business benefactors.

As is the new Sheriff Landric Reid(both) a Lumbee Indian and SHP.....Conspiracy under U.S.C.241 does not require any such direct correlation.

And has been forced to recuse himself and his ass. clerk Rhonda Sellers(name) for unlawfully withholding my deceased fathers estate.

Still unreconciled and has already cost myself and trusts in the area of 100K and is but 1 of 57 charges pending in my U.S.C.241 Deprivation of civil rig

Suit, in which I await the FOIA's to determine the extent of damages and....

---

Point # 4

The defendant tends to imply "conspiracies" as related to judges(whole cloth).I never mentioned judges until now.

Myself and almost every judge get along famously.

I and retired, 25 yr. superior court judge "Bill Helms" Monroe NC, sued Devere const. into bankruptcy in 17 (guys that walked off hwy 74 widening proj

The defendant tends to imply "conspiracies" as related to  Law enforcement (true or so say my cameras and multiple witnesses) all (LE) approximately (15) all anson co sheriff's.and are complicit in attempted grand larceny(I have photos of my property hidden in the back of a trust vehicle that the deput had allowed these grifters to put on a dolly and were attempting to drive away with when I evicted all parties, from the premises

I await FOIA, for names,  body cam,  911 tapes etc and incidence reports.

3 seperate incursions(all warrantless and without probable cause nor exigent circumstances)

All expelled lawfully, and yes they threatened my life.

---

Point # 5 :openly hostile to bailiffs and the court, Really?

Pls. see transcripts one of the bailiffs got adversarial when I refused to stand in honour of the administrator.

1rst admin, my right to freedom of religion precludes the putting on of airs, we have no royalty in america and as I intoned I have had back surgery

in 97 and am not the man of my youth and offered the court speaking loudly and staying seated, in order to not possibly foul myself.

Also, I am exempt from the mask order per the governor orders, and she (the judge) chose to become offended and made me sit in the hall

after making disparaging remark about me "WE all know about  Mr. bliss" attempting to shame me out of my constitutional guarrentees

Again nothing but contempt for a Pro se' (that is a hint young judge, there is a war ongoing between the British accreditation Registry and....)

Proceed at your own risk !

Let me add she accused me (in open court) of threatening her.

Is she medicated? or should she be?

---

Point # 6 : "The defendant has filed numerous emails to the opposing party"

Yes,  guilty it is called open and full disclosure and it is unlawful not to do so!

The same attorney(whitney Scarboro)under study maybe),and I use the term loosely says "the court has not read all the numerous emails sent by the defendant"

Openly admitting to dereliction of duty by  not reading stamped, filed, germaine documents(and the judge signed it (making her complicit)

Point # 7 the judge had me locked away with the very sheriff that I have documented and witnessed attempts to kill me.

After telling her the issue, and as I intoned for her to call in the Federal marshal's office(that I had no fear of) . I am DOD.

Point # 8 ordered a mental health evaluation: her (judge) abuse of the tragic times we live in....

I could go voluntarily or...involuntarily (committed)

Do you know the size of the file Homeland sec. has on me?

BTW, do you want to call mi...nevermind they hold private matters in disdain.

Would you like a copy of my Rapid gate pass or the #'s upon request

or Fort Bragg ID?

Can you read redacted?

Would you like me to read or send you all 75 pages of high court (state supreme court and U.S.S.C.)rulings on "a treatise on arrest and false imprisonment"?

Because I rightly told my wife that she was attempting to cause another WACO(though I do not think she had anything to do with this.)

You see I am DOD, a DOD rapid gate pass holder I am att.in fact and primary agent for LCM Builder Inc. An all but unclassified builder.

Meaning I hold nearly every license available in construction multi-state and part of the CCR/SAMS worldwide for 28 yrs.

My wife did not understand why the guards nearly dropped the M-16's in order to salute, stammer and stutter.

All I could go on for days and only scratch the 5 file cabinets of atrocities I have on Anson co.


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

STATE OF NORTH CAROLINA                    IN THE GENERAL COURT OF JUSTICE
COUNTY OF ANSON                                      DISTRICT COURT DIVISION
                                                                      20 CVD 552___

LYNN MOORE,
          PLAINTIFF         )
                                                      )
                                                      )
VS.                                                   )
                                                      )
MARK BLISS,                                           )
          DEFENDANT      )

### ORDER FOR INJUNCTIVE RELIEF AND INTERIM DISTRIBUTION

    THIS CAUSE came on for hearing before the Honorable Chevonne Wallace, District Court Judge, on the Plaintiff's Motion for an Interim Distribution and Injunctive Relief; and it appearing to the court that at the time this case came on for hearing that the plaintiff was present in court and represented by Whitney T. Scarborough, Attorney for Plaintiff and the defendant was present in court appearing pro se; and the Court, having reviewed the court file and the affidavits of each party, and having heard the statements of the attorneys, makes the following:

### FINDINGS OF FACT

    1. The Plaintiff through counsel, has filed a motion pursuant to N.C. Gen. Stat. §50-20(i1) for entry of an order for interim distribution of marital assets.

    2. The parties were married on July 7, 1989 and separated on February 26, 2020.

    3. During the marriage the parties acquired marital property and debts as detailed in the Equitable Distribution Inventory Affidavits filed by the parties.

    4. The marital property and debts are the subject of this action for equitable distribution of the parties' marital property and debt.

    5. The Equitable Distribution Inventory Affidavit and Deed of Trust presented to the Court by the Plaintiff indicate that the Deed of Trust securing the marital home is held in the name of Plaintiff alone.

    6. The Defendant is living in the marital home but is not contributing to the payment of the mortgage such that foreclosure was initiated in Anson County SP 19 SP _____. Plaintiff initiated a loan modification and has maintained payments on that debt.

    7. The parties own three lots on Ridgecrest Avenue in Peachland    (PIN: 642514246903, 642514247940, 642514248847) which are not encumbered.

    8. The Plaintiff needs an interim equitable distribution of these three lots so that she may sell these lots to maintain the mortgage payments subject to final resolution of this case.

NORTH CAROLINA
16A JUDICIAL DISTRICT
COUNTY OF ANSON

FILED

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
CASE NUMBER 20 CVD 552

2011 APR 21　P 12: 32

LYNN MOORE

Plaintiff, UPON COUNTY, C. EQUITABLE DISTRIBUTION

-vs-

MARK BLISS

Defendant.

INVENTORY AFFIDAVIT
OF PLAINTIFF
AND
CERTIFICATE OF SERVICE

**NOW COMES** the Plaintiff and itemizes what he/she alleges to be the marital, divisible, and separate property of the parties, as well as the marital debts of the parties, all as set out in the schedules, which are attached. Plaintiff certifies that he/she has made a full and complete disclosure of all marital and separate property known to him/her.

This is to further certify that the undersigned has this day filed the original of this affidavit and all attachments with the Clerk, and has served a copy of this affidavit and all attachments to opposing counsel, or opposing party if unrepresented, by depositing a copy in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Post Office Department, properly addressed as follows:

(type or print full name and address)
_MARK BLISS_____
_822 Hasty Road/PO Box 829
Peachland, NC 2813_____

This the 20 day of April , 2021 .

Signature of Attorney/Party
Whitney T. Scarborough
Attorney for Plaintiff
Scarborough Law, PLLC
107A East Wade Street
Wadesboro, NC 28170
704-694-4100
NC Bar: 43186

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 93 of 115

## Equitable Distribution Inventory Affidavit

### PURPOSE

The Plaintiff and the Defendant were married, and they accumulated some property. Now someone has asked the Judge to fairly, or equitably, divide this property.

The purpose of this affidavit is to give the Judge the information he or she will need to equitably divide the property. The Judge will need to know this information because at trial the Judge must determine the fair market value (value) of each item of property and whether each item of property is Marital or Separate (classification), and the Judge must then decide who gets each item of property (distribution).

So, you must carefully list each item of property which either of you owned or had any interest in as of the day of separation, no matter in whose name the property was titled, and no matter who had possession of the property. List everything, and if you believe that the property is not Marital, show that the item as "Separate".

### MEANINGS

As used in these schedules, the following abbreviations have the following meanings:

DOM means the "date of marriage of the parties", which plaintiff contends to be _7/7/1989_____ and which defendant contends to be _____, and which the Court finds to be _____.

DOS means the "date separation of the parties", which plaintiff contends to be _2/26/2020_____ and which defendant contends to be _____, and which the Court finds to be _____.

FMV means "fair market value".

LIEN means "a lien on property", whether created by a mortgage, deed of trust, security agreement, or otherwise.

PROPERTY means anything you can own (not just land and house, but also other things like bank accounts and retirement accounts: anything you can own).

SEPARATE PROPERTY means Property that either of you received either before the marriage or after the DOS, or that either of you received during the marriage by gift or inheritance.

MARITAL PROPERTY means Property that is not Separate Property, no matter whose name it is in, that either of you received between the date of your marriage and the DOS.

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 94 of 115

## SCHEDULE I
### REAL PROPERTY AND MOBILE HOME
This includes land, houses, anything permanently attached to land, and mobile homes.
Include a description of the property sufficient that the Court can identify it.

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 1. Lot 2 Ridgecrest/Peachland | | 13000 | | M | | | | H | | | H/W | |
| 2. Lot 3 Ridgecrest/Peachland | | 18000 | | M | | | | H | | | H/W | |
| 3. Lot 4 Ridgecrest/Peachland | | 13000 | | M | | | | H | | | H/W | |
| 4. 118 Whiting Street/Polkton | | 7000 | | M | | | | H | | | H/W | |
| 5. 822 Hasty Road/Peachland | | 425000 | | M | | | | H | | | H/W | |
| 6. Hasty Rd (PIN 6414-00-73-3378.00) 18 acres | | 53600/ Will supplement | | M | | | | H | | | H/W | |
| 7. Hasty Rd (PIN 414-00-74-2284.00) 48 acres | | 142300/ Will supplement | | M | | | | H | | | H/W | |
| 8. Hasty Rd (PIN 414-00-74-2284.00) 30 acres | | Will supplement | | S | | | | H | | | H | |
| 9. 242 Friendly Lane/Morven | | 9100 | | M | | | | H | | | H/W | |
| 10. 830 Baucom-Deese/Monroe | | 200000 | | M | | | | H | | | H/W | |
| 11. 2525 Upper White Store Rd | | 7800/annual income | | M | | | | H | | | H/W | |
| 12. 1171 George Taylor Rd/Monroe | | 390000 | | M | | | | H | | | H/W | |
| 13. Holly Street/Wadesboro | | 4296/annual income | | M | | | | H | | | H/W | |
| 14. Swiss Mtn Unit 20 timeshare | | Will supplement | | M | | | | H | | | H/W | |
| 15. 60 acre pine tree farm (the trees) | | 150000 | | M | | | | H | | | h/w | |

Case 3:22-cv-00501-FDW-DCK  Document 1-1  Filed 09/27/22  Page 95 of 115

# SCHEDULE II
## MOTOR VEHICLES
Include a description of the property sufficient that the Court can identify it.

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 16. 1996 Chev. Dually | | 5000 | | | M | | | H | | | H | |
| 17. 2001 E350 work truck | | 4500 | | | M | | | H | | | H | |
| 18. 2004 Dodge Ram Truck | | 10000 | | | S | | | H | | | H | |
| 19. 1998 Dodge 3500 V10 bed | | 9000 | | | M | | | H | | | H | |
| 20. 1994 Dump/Scissor Ford F700 | | 10000 | | | M | | | H | | | H | |
| 21. 1994 Intl 4700 Lowboy | | 4500 | | | M | | | H | | | H | |
| 22. 2002 Buick Park | | 1600 | | | S | | | W | | | W | |
| 23. 2005 Mazda Rx8 | | 1500 | | | M | | | H | | | H | |

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 96 of 115

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 24. Household furnishings 4 bedroom, 3 bath | | 10000 | | | M | | | H | | | W/H | |
| 25. 2 room office furnishings | | 7000 | | | M | | | H | | | W/H | |
| 26. Coin collections | | 5000 | | | S | | | H | | | H | |
| 27. Antique and family made furnishings | | 5000 | | | S | | | W | | | W | |
| 28. Mastiff collections | | 500 | | | M | | | H | | | W | |
| 29. | | | | | | | | | | | | |
| 30. | | | | | | | | | | | | |
| 31. | | | | | | | | | | | | |
| 32. | | | | | | | | | | | | |

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 97 of 115

# MISCELLANEOUS PERSONAL PROPERTY
### (Tools, Guns, Lawn Equipment, Jewelry, Animals)
Include a description of the property sufficient that the Court can identify it.

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 33. Hand guns and long guns | | 5000 | | | M | | | H | | | H | |
| 34. 4 other hand guns | | 1000 | | | S | | | W | | | W | |
| 35. JD Tractor & implements | | 35000 | | | S | | | H | | | H | |
| 36. JD Gator | | 15000 | | | S | | | H | | | H | |
| 37. 3 bulldozers (not running) | | 13500 | | | M | | | H | | | H | |
| 38. Cat Forklift | | 3500 | | | M | | | H | | | H | |
| 39. Dynahoe backhoe | | 5000 | | | M | | | H | | | H | |
| 40. Zero turn riding mower | | 500 | | | M | | | H | | | H | |
| 41. 2 riding mowers | | 500 | | | M | | | H | | | H | |
| 42. Construction equipment | | 20000 | | | M | | | H | | | H | |
| 43. Construction hand tools | | 5000 | | | M | | | H | | | H | |
| 44. Gelding horse | | 500 | | | M | | | H | | | W | |
| 45. Mastiff dog | | 500 | | | M | | | H | | | H | |
| 46. | | | | | | | | | | | | |
| 47. | | | | | | | | | | | | |
| 48. | | | | | | | | | | | | |
| 49. | | | | | | | | | | | | |
| 50. | | | | | | | | | | | | |

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 98 of 115

## SCHEDULE V
### ACCOUNTS
#### (Checking, Savings, CD's)
Include a description of the account sufficient that the Court can identify it.

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 51. First Citizen Checking | | 50 | | | M | | | H | | | H | |
| 52. First National Bank | | 450 | | | M | | | H | | | H | |
| 53. | | | | | | | | | | | | |
| 54. | | | | | | | | | | | | |
| 55. | | | | | | | | | | | | |
| 56. | | | | | | | | | | | | |

## SCHEDULE VI
### BUSINESSES AND STOCKS
Include a description of the account sufficient that the Court can identify it.

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 57. LCM Builders, Inc. | | 20000 | | | M | | | H | | | H | |
| 58. | | | | | | | | | | | | |
| 59. | | | | | | | | | | | | |
| 60. | | | | | | | | | | | | |

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 99 of 115

# SCHEDULE VII
## RETIREMENT
### (Pension, 401 (k), Profit-Sharing, IRA)

| NAME- INSTITUTION | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends : Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 61. | | | | | | | | | | | | |
| 62. | | | | | | | | | | | | |
| 63. | | | | | | | | | | | | |

# SCHEDULE VIII
## LIFE INSURANCE POLICIES
### (Use the Cash Value of your policies)

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS Cash Value | Wife contends: DOS Cash Value | Agreed or Court finding: Cash Value | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 64. | | | | | | | | | | | | |
| 65. | | | | | | | | | | | | |
| 66. . | | | | | | | | | | | | |
| 67. | | | | | | | | | | | | |
| 68. | | | | | | | | | | | | |

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 100 of 115

| PROPERTY | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS FMV | Wife contends: DOS FMV | Agreed or Court finding: FMV | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 69.  USAA checking acct | | 0 | | | S | | | W | | | W | |
| 70. | | | | | | | | | | | | |
| 71. | | | | | | | | | | | | |
| 72. | | | | | | | | | | | | |
| 73. | | | | | | | | | | | | |
| 74. | | | | | | | | | | | | |
| 75. | | | | | | | | | | | | |
| 76. | | | | | | | | | | | | |
| 77. | | | | | | | | | | | | |
| 78. | | | | | | | | | | | | |
| 79. | | | | | | | | | | | | |
| 80. | | | | | | | | | | | | |
| 81. | | | | | | | | | | | | |

## SCHEDULE X
### DEBTS WHICH ARE SECURED
List here debts, which ARE secured by a lien on property.
Include the name, address, telephone number, and account number of the creditor,
and for each creditor identify (the same way you did in the "property schedules") the property securing the debt.
Also, attach a copy of the documents, which show the amount of debt.

| CREDITOR | Value | | | Classification | | | Possession | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS BALANCE | Wife contends: DOS BALANCE | Agreed or Court finding: BALANCE | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | Husband contends Who has it? (H/W) | Wife contends: Who has it? (H/W) | Agreed or Court finding: Who has it? | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 82. Select Portfolio Serving Mortgage | | 180000 | | | M | | | H/W | | | H/W | |
| 83. Past Due property taxes | | 19385 | | | M | | | H/W | | | H/W | |
| 84. LCM anson county property taxes | | 20 | | | M | | | H/W | | | H/W | |
| 85. | | | | | | | | | | | | |

## SCHEDULE XI
### DEBTS WHICH ARE NOT SECURED
List here debts, which are NOT secured by a lien on property.
Include the name, address, telephone number, and account number of the creditor.
Also, attach a copy of the documents, which show the amount of debt.

| CREDITOR | Value | | | Classification | | | | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Husband contends: DOS BALANCE | Wife contends: DOS BALANCE | Agreed or Court finding: BALANCE | Husband contends: Marital or Sep (M/S) | Wife contends: Marital or Sep (M/S) | Agreed or Court finding: Marital or Sep | | | | Husband contends Who gets it? (H/W) | Wife contends: Who gets it? (H/W) | Agreed or Court finding: Who gets it? |
| 86. Southern States Mastiff Rescue | | 500 | | | S | | | | | | H | |
| 87. American Express | | 4225 | | | M | | | | | | H | |
| 88. Chase | | 300 | | | M | | | | | | W | |

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 102 of 115

## SCHEDULE XII
### DIVISIBLE PROPERTY
Itemize on separate sheet as needed

| FACTORS | HUSBAND'S CONTENTIONS | WIFE'S CONTENTIONS | AGREED OR COURT FINDING |
|---|---|---|---|
| 89. Appreciation and diminution in value of marital property and divisible property of the parties occurring after the date of separation and prior to the date of distribution. Do not include here appreciation or diminution in value, which is the result of post-separation actions or activities of a spouse. | | X | |
| 90. Property, property rights, or any portion thereof received after the date of separation but before the date of distribution that was acquired as a result of the efforts of either spouse during the marriage and before the date of separation, including, but not limited to, commissions, bonuses, and contractual rights. | | X | |
| 91. Passive income from marital property received after the date of separation, including, but not limited to, interest and dividends. | | X | |
| 92. Increases in marital debt and financing charges and interest related to marital debt. | | X | |

## FACTORS JUSTIFYING AN UNEQUAL DISTRIBUTION
Itemize on separate sheet as needed

| FACTORS | HUSBAND'S CONTENTIONS | WIFE'S CONTENTIONS | AGREED OR COURT FINDING |
|---|---|---|---|
| (1) The income, property, and liabilities of each party at the time the division of property is to become effective; | | X | |
| (2) Any obligation for support arising out of a prior marriage; | | | |
| (3) The duration of the marriage and the age and physical and mental health of both parties; | | X | |
| (4) The need of a parent with custody of a child or children of the marriage to occupy or own the marital residence and to use or own its household effects; | | | |
| (5) The expectation of pension, retirement, or other deferred compensation rights, that are not marital property; | | | |
| (6) Any equitable claim to, interest in, or direct or indirect contribution made to the acquisition of such marital property by the party not having title, including joint efforts or expenditures and contributions and services, or lack thereof, as a spouse | | X | |
| (7) Any direct or indirect contribution made by one spouse to help educate or develop the career potential of the other spouse; | | | |
| (8) Any direct contribution to an increase in value of separate property which occurs during the course of the marriage; | | X | |
| (9) The liquid or non-liquid character of all marital property and divisible property; | | X | |
| (10) The difficulty of evaluating any component asset or any interest in a business, corporation or profession, and the economic desirability of retaining such asset or interest, intact and free from any claim or interference by the other party; | | X | |
| (11) The tax consequences to each party; | | X | |
| (11a) Acts of either party to maintain, preserve, develop, or expand; or to waste, neglect, devalue or convert the marital or divisible property, or both, during the period after separation of the parties and before the time of distribution; and | | X | |
| (8, 11a, 12) Payments on marital debts since separation. | | X | |
| (8, 11a, 12) Repairs or improvements to marital assets since separation. | | X | |
| (12) Any other factor which the court finds to be just and proper. | | X | |
| (12) Separate property was used for the purchase price of a marital asset. | | | |
| (12) Party's family paid the purchase price of a marital asset. | | | |

Case 3:22-cv-00501-FDW-DCK   Document 1-1   Filed 09/27/22   Page 104 of 115

## VERIFICATION

FILED

STATE OF NORTH CAROLINA

COUNTY OF _Gaston_

2021 APR 21 P 12: 33

_____ON COUNTY, C.S.C.

_Lynn Moore_ , first being duly sworn, says that he/she is the Plaintiff/Defendant in the above entitled action, and that the foregoing Equitable Distribution Inventory Affidavit and Attachments is true of his/her own knowledge, except as to matters and things therein state upon information and belief, and as to those matters and things Plaintiff/Defendant verily believes said contents to be true.

Subscribed and sworn to before me, this the 2nd day of April , 2021 .

NOTARY PUBLIC

My commission expires: _06-23-2024_

ROBERT WYNN JR
NOTARY PUBLIC
GASTON COUNTY, NC

Liberty Court Recording System

 Gmail                                   **Mark Bliss <marklcm56@gmail.com>**

# Re: Bonds
1 message

**Mark Bliss** <marklcm56@gmail.com>                          Fri, Sep 16, 2022 at 9:53 AM
To: "Whitney T. Scarborough" <whitney@scarborough-law.com>, "Cindy S Dycus (Work)"
<cindy.s.dycus@nccourts.org>, "Harris, Wanda" <Wanda.Harris@nccourts.org>, Mark Bliss
<mbliss@lcmbuilders.com>, Mark Bliss <marklcm56@gmail.com>, Att Le Ann Martin
<bleannmartin@gmail.com>, ncago@ncdoj.gov, Bronson Bliss <bronsonbliss@yahoo.com>, Aaron
Bates <aaronbateslaw@gmail.com>

2nd attempt !

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

On Sat, Sep 3, 2022 at 12:46 PM Mark Bliss <marklcm56@gmail.com> wrote:
    All, I need a copy of your court and fiduciary bonds,(specifically Ms. scarboroughs)(att. for
    the plaintiff)
    I intend to charge her and others with malicious prosecution(even Ms. Wallace's judicial
    immunity goes only so far..)

    One must attempt to stay within the law and unfortunately Judge Wallace refused to do so
    after the legitimacy of ruling was directly challenged in court and brought into question.
    I am not required to quote statute to her, it does not invalidate the law, it is her job to know the
    statute, ignorance of the law is no excuse(especially in a judge)

The criminal actions that the judge has made herself party too are really hard to believe...arrogance runs amuck.

And Ms. Scarborough you have made yourself a criminal party by sending(among other things to be bibliographie d and added to the charges) an irreverent pseudo judgment (has not gone into effect, appealed ) to the tenants in attempt to maliciously undermine lawful commerce, under the guise of sovereign and judicial immunity.
Scaring the Trusts tenants(latino and therefore fearful of all bureaucracies) into withholding their lawful house payments as well as placing them liable for breach. and possibly foreclosed upon.

At no time did you or the judge enter any evidence discounting anything as to the ownership of said property as being in the (trust) nor any proof of purchase ownership etc.
This is indeed why it has been remanded for jury trial, I await the NC statute allowable time table to file (as is my lawful right).
And in the meantime you wish to cause hardship and monetary distress to the trust and its fiduciaries (without) any statutory authority to do so..!

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

 **Gmail**                                    **Mark Bliss <marklcm56@gmail.com>**

## Why Should I trust?
1 message

**Mark Bliss** <marklcm56@gmail.com>                      Tue, Sep 20, 2022 at 9:54 AM
To: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, "Whitney T. Scarborough"
<whitney@scarborough-law.com>, "Harris, Wanda" <Wanda.Harris@nccourts.org>,
ncago@ncdoj.gov
Bcc: Bronson Bliss <bronsonbliss@yahoo.com>, Mark Bliss <mbliss@lcmbuilders.com>

All,
Why should I trust the powers that be ? county, state or fed?
The judiciary is corrupt, it is in your interest to kill me now, not that you have not threatened such
before (witnessed unbeknownst you).
Yet well documented.
I as a (IT) handicap will attempt to make a starter list of the powers that be unlawful attempt to
circumvent my civil rights.
BTW, when and where is my timely filed appeal ?
That I have witnesses that you would not take payment nor give directions to the proper venue to
do such.
Pls.Advise

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

 Gmail                                    **Mark Bliss <marklcm56@gmail.com>**

## Fwd: deeds
1 message

**Mark Bliss** <marklcm56@gmail.com>                          Mon, Sep 19, 2022 at 9:17 AM
To: "Cindy S Dycus (Work)" <cindy.s.dycus@nccourts.org>, "Harris, Wanda"
<Wanda.Harris@nccourts.org>, "Whitney T. Scarborough" <whitney@scarborough-law.com>, Att Le
Ann Martin <bleannmartin@gmail.com>, Bronson Bliss <bronsonbliss@yahoo.com>,
ncago@ncdoj.gov, Mark Bliss <mbliss@lcmbuilders.com>, Lynn Moore <mastiffbliss@gmail.com>,
Lynn <mastiffbliss@windstream.net>, Lynn C Moore <Lmoore@lcmbuilders.com>

All, I have a witnessed and notarized statement as to Wanda (name) and tall older black lady
(works in courthouse) refusal to take payment for my appeal (though filed timely and registered)
Supposedly could not tell me the ammount $150 or $200 nor where to submit it , possibly
raleigh...?.
Or give an address for submission of payment, hm...hm..sounds self serving
Unfortunately, I am being required to sue anson co and by ass. the state for 1983 civil rights
"Conspiracy to deprivations under the color of law"
I will be adding malicious prosecution by state actors, just for your edification , have you even
read the attempt at the emergency psych order?
All completely refuted by court transcripts, meaning I will sue for ms. Whitney's bar card as well.
All until this is settled in federal court stay off all trust properties.

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

 Gmail                                    **Mark Bliss <marklcm56@gmail.com>**

## Fwd: Partial/starter list of judiciary malfeasance
1 message

**Mark Bliss** <marklcm56@gmail.com>                     Thu, Sep 22, 2022 at 11:53 AM
To: Mark Bliss <mbliss@lcmbuilders.com>, Mark Bliss <marklcm56@gmail.com>

1.Denial of germain FOIA's to corroborate my positions.
(FOIA's submission is part of my job as Federal compliance officer, I assure you they were
correct and timely)( over a year ago)

2. (My day in court) attempted denial of my constitutional rights of trial by jury of my peers as
filed repeatedly.
    Notarized and witnessed attestation of denial by wanda (name and tall black lady who works
in the courthouse)

3. Attempting to legislate from the bench, attempting to breach a lawful trust, regardless of
registry, not required by law.
I offered its TIN in open court, name founding dt.(by law part of the title) originating/drafting att.
(even though it is a private rev/trust agreement)

4. unlawful detainment/false imprisonment as recompense for my introduction into evidence, the
USSC ruling stating the rent moratoriums unconstitutional.
 under the guise of profanity ( I said damn 2wice,  once after being warned) contrary to Blacks
law dictionary 6th edition (damn is short for damnable) need I quote ch+vs.

5. I challenged her (judge Wallace) jurisdiction(see transcripts) denied, the trust has its own TIN,
It is a separate legal entity.
    If one wishes to question its validity, I offered the address of the att. in fact, in open court, see
transcripts.

6. I have still not received a copy of all parties bonds be it judicial , Judge, town att, county att,
att. for the plaintiff's (Whitney Scarborro)


Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

 **Gmail**                    **Mark Bliss <marklcm56@gmail.com>**

---

## Fwd: Bonds
1 message

**Mark Bliss** <marklcm56@gmail.com>                    Fri, Sep 16, 2022 at 10:52 AM
To: scott forbes <scottforbes1@hotmail.com>

Forgot you see example, the reason for the bonds
IE, LCM bids a job for the town and the town att, does something later to be ruled unlawful....

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com


---------- Forwarded message ----------
From: **Mark Bliss** <marklcm56@gmail.com>
Date: Fri, Sep 16, 2022 at 9:53 AM
Subject: Re: Bonds
To: Whitney T. Scarborough <whitney@scarborough-law.com>, Cindy S Dycus (Work)
<cindy.s.dycus@nccourts.org>, Harris, Wanda <Wanda.Harris@nccourts.org>, Mark Bliss
<mbliss@lcmbuilders.com>, Mark Bliss <marklcm56@gmail.com>, Att Le Ann Martin
<bleannmartin@gmail.com>, <ncago@ncdoj.gov>, Bronson Bliss <bronsonbliss@yahoo.com>,
Aaron Bates <aaronbateslaw@gmail.com>


2nd attempt !

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com


On Sat, Sep 3, 2022 at 12:46 PM Mark Bliss <marklcm56@gmail.com> wrote:
All, I need a copy of your court and fiduciary bonds,(specifically Ms. scarboroughs)(att. for the plaintiff)
I intend to charge her and others with malicious prosecution(even Ms. Wallace's judicial immunity goes only so far..)

One must attempt to stay within the law and unfortunately Judge Wallace refused to do so after the legitimacy of ruling was directly challenged in court and brought into question.
I am not required to quote statute to her, it does not invalidate the law, it is her job to know the statute, ignorance of the law is no excuse(especially in a judge)
The criminal actions that the judge has made herself party too are really hard to believe...arrogance runs amuck.

And Ms. Scarborough you have made yourself a criminal party by sending(among other things to be bibliographie d and added to the charges) an irreverent pseudo judgment (has not gone into effect, appealed ) to the tenants in attempt to maliciously undermine lawful commerce, under the guise of sovereign and judicial immunity.
Scaring the Trusts tenants(latino and therefore fearful of all bureaucracies) into withholding their lawful house payments as well as placing them liable for breach.
and possibly foreclosed upon.

At no time did you or the judge enter any evidence discounting anything as to the ownership of said property as being in the (trust) nor any proof of purchase ownership etc.
This is indeed why it has been remanded for jury trial, I await the NC statute allowable time table to file (as is my lawful right).
And in the meantime you wish to cause hardship and monetary distress to the trust and its fiduciaries (without) any statutory authority to do so..!

Mark Bliss, CAPS

Chief Estimator

Compliance Officer

Attorney in Fact and Primary Agent

LCM Builders, Inc.

P: 1-800-329-8338

C: 704-560-4374

E: mbliss@lcmbuilders.com

E: marklcm56@gmail.com

http://lcmbuilders.com

Questions for the judge?

Where is my appeal? all can be solved with a jury trial?

Where are my FOIA requests, (Multiple) they ( county att. and city att.) have had ample time to at least address the concerns.

I can not move forward without them and I will still need ample time to investigate.

They have had them for over a year, (I have registered mail RRR) all germain and esculpitory.?

I will need a continuance as well as a change of venue.

I can and have corroborated every allegation by camera or deposition and witnessed.

I can and will show in court with corroborating witnesses the truth of what I have espoused.

Three that are Anson Co deputies, too much and too big to lie over.

I await FOIA's for names and dates and reports

As I entered into open court 7 pgs of higher court rulings showing "Fraud on the court" as the Bar ass. has been ruled as conflict of interest.

As further proof both Attorneys Mike Flake nor Aaron Bates, would provide a change of venue nor request for continuance form(requiring my return to the office) even at a usery price of $100 per page.

.Nor provide a notary service for an attestation of fact provided by my witness to my conversation with Judge Thomas on 8/12/22 app. mid day

Again I as a notary may do so, yet I was attempting to placate the court (Total transparency)

Again in an attempt to work in a timely fashion

Also, may any party intone untruths(lie) into the public registered record? Of course not but my wife's attorney did so...and the judge signed it making her complicit to multiple felonies, whether intentional or not, judicial immunity only goes so far.