# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mark Bliss, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00501-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Chevonne Wallace | ) | |
| Anson County | ) | |
| Mark Hammonds, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 15, 2023 Order.

February 15, 2023

Frank G. Johns, Clerk
United States District Court